# EXHIBIT A – COLLABORATION AGREEMENT

# WITHHELD FOR CONFIDENTIALITY