# EXHIBIT B – COLLABORATION AGREEMENT

# WITHHELD FOR CONFIDENTIALITY