# EXHIBIT F – DECLARATION OF AIMEE LEISHURE

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

STUDENT RESOURCE CENTER, LLC,   )
                                 )
     *Plaintiff,*                )
                                 )    **DEMAND FOR JURY TRIAL**
v.                            )
                               )    Case No.
EASTERN GATEWAY COMMUNITY   )
COLLEGE,                      )
                               )
     *Defendant.*              )
                               )
                               )
                               )
                               )
                               )

**DECLARATION OF Aimee Leishure**

STATE OF MARYLAND
                      : ss.
COUNTY OF CARROLL

I, Aimee Leishure, being first duly sworn, deposes and states as follows:

1.      I am an individual currently residing in the State of Maryland and am over the age of 18 years.  I have personal knowledge of the facts stated herein and am competent to testify with respect to them.

2.      I submit this affidavit in support of Student Resource Center, LLC's ("SRC") Motion for a Preliminary Injunction filed with the Court in this case.

3.      I am the Chief Financial Officer of Student Resource Center, LLC and have been since July 26, 2021.

4.      I have read, and I am familiar with the Collaboration Agreement dated June 30, 2017, as amended on or around October 2019 and February 1, 2021 (collectively, the

1

"Agreement"), which remains in force until at least June 30, 2027.  A copy of the

Collaboration Agreement is attached to the brief in support of the motion as Exhibit B.

5.      Since SRC's termination of Michael Perik in March of 2022, EGCC has

withheld █████████████████████████████████████████████

████████████████ under Exhibit B of the Agreement.

6.      EGCC failed to reimburse SRC for ████████ worth of operating expenses that

were invoiced to EGCC on May 5, 2022 (████████ May 19, 2022 ████████ June 3, 2022

████████ and June 22, 2022 ████████

7.      Based on SRC's calculations, EGCC owes ████████████████████

████████████ to SRC related to terms ended prior to December 31, 2021.

8.      Based on the income statement for online collaboration that EGCC tendered

to me as the CFO of SRC, ██████████████████████████████

████████████████████████████████████████████

████

9.      I reviewed the Brief in Support of SRC's Motion for a Preliminary Injunction

and as the factual matters set forth in the Brief, those matters are true and accurate to the best

of my belief.

**DECLARANT AFFIANT SAYETH NOT.**

/s/ Aimee Leishure
Aimee Leishure