IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) ) ) |
| *Defendant*. | ) ) |

**Judge Algenon L. Marbley**

**Magistrate Judge Chelsey M. Vascura**

Case No. 2:22-cv-2653

**PLAINTIFF'S CERTIFICATE OF NOTICE PURSUANT TO S.D. OHIO CIV. R. 65.1(b) FOR PRELIMINARY INJUNCTION**

Pursuant to S.D. Ohio Civ. R. 65.1(b), Plaintiff Student Resource Center, LLC ("Plaintiff") hereby provides notice to the Court of its actions to serve notice upon counsel for Defendant Eastern Gateway Community College ("Defendant").

1. On June 30, 2022, Plaintiff filed its Complaint and Motion for Preliminary Injunction in the above-captioned case.

2. That same day, undersigned counsel for Plaintiff electronically mailed and sent via overnight delivery unredacted copies of Plaintiff's filings to Defendant's counsel, Victoria Ferrise of the law firm Brennan Manna Diamond, as self-identified by Defendant. *See* Dkt. 1-2, PAGEID #24.

3. On July 1, 2022, Ms. Ferrise's colleague, Justin Alaburda, confirmed receipt of Plaintiff's filings and confirmed his representation of Defendant in this matter. See email

correspondence attached hereto as **Exhibit A**.

4. Also on July 1, 2022, counsel for the undersigned subsequently electronically mailed to Mr. Alaburda a copy of the Court's Order Setting Local Rule 65.1 Conference and advised that said conference is scheduled for 9:00 a.m on July 5, 2022. See email correspondence attached hereto as **Exhibit B**.

WHEREFORE, Plaintiff respectfully submits this Certificate of Notice of its reasonable efforts to accomplish the service required by S.D. Ohio Civ. R. 65.1.

Dated: July 1, 2022

Respectfully submitted,

/s/ Robert C. Folland
C. David Paragas (0043908)
Robert C. Folland (0065728)
David M. DeVillers (0059456)
Michelle M. Nicholson (0099833)
Jeff A. Bartolozzi (0095664)
BARNES & THORNBURG LLP
41 S. High Street, Ste. 3300
Columbus, Ohio 43215-6104
Telephone: (614) 628-1401
David.Paragas@btlaw.com

*Attorneys for Plaintiff Student Resource Center, LLC*

**CERTIFICATE OF SERVICE**

I certify that I am an attorney at law in the State of Ohio and a member of the Bar of this Court, and that on this date, I caused the foregoing **PLAINTIFF'S CERTIFICATE OF NOTICE PURSUANT TO S.D. OHIO CIV. R. 65.1(b) FOR PRELIMINARY INJUNCTION** to be served upon counsel of record listed below via Fedex and electronic mail on July 1, 2022.

> Victoria Ferrise (0085012)
> Justin Alaburda (0082139)
> BRENNAN MANNA DIAMOND
> 250 Civic Center Drive, Suite 300
> Columbus, Ohio 43215
> Email: vlferrise@bmdllc.com
> Email: jmalaburda@bmdllc.com

> */s/ Robert C. Folland*
> Robert C. Folland