# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:22-cv-2653 |
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) |
| | ) |
| *Defendant*. | ) |

**NOTICE OF FILING OF UNREDACTED STUDENT RESOURCE CENTER LLC'S MOTION FOR PRELIMINARY INJUNCTION WITH EXHIBITS**

Plaintiff hereby gives notice of filing unredacted Student Resource Center LLC's Motion for a Preliminary Injunction with Exhibits. The Court in its Opinion and Order dated July 5, 2022 denied the Plaintiff's Motion for Leave to File Complaint, Motion for Preliminary Injunction and Exhibits Under Seal, and Defendant's counsel subsequently indicated that Defendant does not object to refiling unredacted copies. Attached is unredacted Student Resource Center LLC's Motion for Preliminary Injunction with Exhibits.

Dated: July 6, 2022

Respectfully submitted,

/s/ Robert C. Folland
C. David Paragas (0043908)
Robert C. Folland (0065728) (Trial Attorney)
David M. DeVillers (0059456)
Michelle M. Nicholson (0099833)
Jeff A. Bartolozzi (0095664)
BARNES & THORNBURG LLP
41 S. High Street, Ste. 3300
Columbus, Ohio 43215-6104
Telephone: (614) 628-1401
David.Paragas@btlaw.com

*Attorneys for Plaintiff Student Resource Center, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I electronically filed the foregoing Notice of Filing of Unredacted Student Resource Center LLC's Motion for Preliminary Injunction with Exhibits and served the same on all parties of record using the Court's CM/ECF system.

Dated: July 6, 2022                                          Respectfully submitted,

                                                                            */s/ Robert C. Folland*
                                                                            Robert C. Folland