# EXHIBIT A – PROPOSED ORDER

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| v. | ) | |
| | ) | Case No. |
| EASTERN GATEWAY COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PROPOSED ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

This matter coming to be heard on this ___ day of _____ 2022, on Student Resource

Center, LLC's Complaint, its Motion for a Preliminary Injunction, and its supporting brief with

attached affidavits and all exhibits attached to the foregoing.  After having considered the

foregoing documents and being otherwise duly advised in the premises;

It is hereby ordered that, on July ____, 2022, at _____ a.m./p.m., representatives for

Defendant and its counsel shall appear at Joseph P. Kinneary U.S. Courthouse located at 85

Marconi Boulevard, Columbus, Ohio 43215 before the Honorable

_____, Courtroom _____,

to show cause why a preliminary injunction should not issue.

It is so ordered this _____ day of July, 2022, at _____

a.m./p.m.