# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-2653 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | |
| EASTERN GATEWAY COMMUNITY COLLEGE, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendant. | : | |

## ORDER SETTING LOCAL RULE 65.1 CONFERENCE

Plaintiff has filed a Motion for Defendant to Show Cause for Violating, and to Expand, the Court's July 11, 2022 Order Granting Plaintiff's Motion for Preliminary Injunction (ECF No. 18). Defendant's response to this Motion is due by **12:00 noon on Tuesday, August 16, 2022**. Plaintiff's reply brief will not be necessary.

Furthermore, Plaintiff's request for a status conference pursuant to Local Rule 65.1 is granted. The status conference will be in-person on **Wednesday, August 17, 2022, at 3:00 p.m.**, in Chambers. It may not be continued by stipulation of the parties or counsel, but only by an order of the Court on good cause shown.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: August 12, 2022**