UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STUDENT RESOURCE CENTER, LLC,

    Plaintiff,

  v.                              Civil Action 2:22-cv-2653
                                   Chief Judge Algenon L. Marbley
                                   Magistrate Judge Chelsey M. Vascura

EASTERN GATEWAY COMMUNITY
COLLEGE,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Status Conference (ECF No. 48). Plaintiff's Motion raises a number of issues, only some of which fall within the undersigned's purview.

As to any request to extend case schedule deadlines, the party seeking the extension is **DIRECTED** to file a motion to that effect on the docket, taking care to first solicit the opposing party's consent to any requested extensions under S.D. Ohio Civ. R. 7.3.

As to any discovery disputes, the party seeking the court's intervention is **DIRECTED** to submit a brief (1–2 paragraph) summary of the dispute via email to Vascura_Chambers@ohsd.uscourts.gov, copying all counsel, and attaching copies of any discovery requests and responses at issue.

The remaining issues raised in Plaintiff's Motion will be addressed by the District Judge.

**IT IS SO ORDERED.**

                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE