UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STUDENT RESOURCE CENTER, LLC,

      Plaintiff,

  v.                                                Civil Action 2:22-cv-2653
                                                    Chief Judge Algenon L. Marbley
                                                    Magistrate Judge Chelsey M. Vascura

EASTERN GATEWAY COMMUNITY
COLLEGE,

      Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Modify the Preliminary Pretrial Order (ECF No. 30). For good cause shown, the Motion is **GRANTED**. The case schedule is extended as follows:

- Any primary expert disclosures must be served by **July 21, 2023**;

- Any rebuttal expert disclosures must be served by **August 18, 2023**;

- All discovery must be completed by **September 30, 2023**;

- Any dispositive motions must be filed by **October 27, 2023**; and

- This case will be referred for a settlement conference in **September 2023**.

      IT IS SO ORDERED.

                                                  /s/ *Chelsey M. Vascura*
                                                  CHELSEY M. VASCURA
                                                   UNITED STATES MAGISTRATE JUDGE