# Exhibit 2

**From:** "Aimee Leishure" <aleishure@student-resource.org>
**To:** "Michael Geoghegan" <MGeoghegan@egcc.edu>
**Subject:** EGCC Reimbursement and Profit Share
**Date:** Wed, 28 Sep 2022 17:27:04 -0000
**Importance:** Normal
**Attachments:** EGCC_Reimbursement_Request_2022-09-28.pdf; SRC_EGCC_Invoice_Backup_2022.09.28.xlsx; EGCC_Profit_Share_Request_2022-09-28.pdf
**Inline-Images:** Outlook-q4dium01.png

---

Dear President Geoghegan,

Please find attached two invoices which include expense reimbursements and a profit share request. These are the second set of invoices for September 2022.

I acknowledge that you have said you will change to monthly reimbursements from the previously bi-weekly reimbursements. I have included in the reimbursements our most current September invoicing. Included in this invoicing is:

- Payroll paid 9/9/22 for period worked through 9/4/22 - 65% of which was allocated to the collaboration
- Payroll for wages in arrears for employees who departed with our reduction in force. These employees worked through 9/13/22 - 65% of wages in arrears attributed to the collaboration
- No severance was allocated to the collaboration
- Payroll paid 9/23/22 for period worked through 9/18/22 - 45% of continuing employees compensation was allocated to the collaboration

As a reminder, the reimbursement expense invoice from September 6, 2022 in the amount of $169,593.90 remains outstanding. With this current invoice, there is a total of $392,070.58 outstanding for reimbursement expenses. I would appreciate if you could transmit the funds as soon as possible.

Please let me know if you have any questions.

Respectfully yours,
Aimee Leishure


**Aimee Leishure**
Chief Financial Officer
Student Resource Center
410.350.4468

