IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 2:22-cv-2653 |
| v. | ) ) ) | Chief Judge Algenon L. Marbley |
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) ) ) | Magistrate Judge Chelsey M. Vascura |
| *Defendant*. | ) ) ) | |

# Attachment B to the Declaration of Robert Folland in Support of SRC's Motion for Prejudgment Attachment

**Hoke, Kaylee**

| | |
|---|---|
| **From:** | Bartolozzi, Jeff |
| **Sent:** | Thursday, May 30, 2024 1:28 PM |
| **To:** | Adam D. Fuller; Victoria Ferrise; Justin M. Alaburda |
| **Cc:** | Paragas, David; Folland, Rob |
| **Subject:** | RE: SRC v. EGCC - Case No. 2:22-cv-02653 (S.D. OH) |

Hello Adam:

Based on your last email and the Court's Order today granting EGCC an extension of time to respond to SRC's Motion for Summary Judgment, please provide us a timeline for EGCC's sale of any real property or assets before it dissolves. For example, when does EGCC expect the sale of real property at 110 John Scott Highway and the Pugliese Training Center to close? EGCC's willingness to provide this information and assurance that it will keep any proceeds in escrow will be helpful in avoiding the need for additional court intervention.

Respectfully,

**Jeff Bartolozzi**  | Associate
Barnes & Thornburg LLP
41 S. High Street Suite 3300, Columbus, OH 43215
Direct: (614) 628-1406  |  Mobile: (440) 773-2311

   

Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Nashville | New Jersey
New York | Ohio | Philadelphia | Raleigh | Salt Lake City | South Florida | Texas | Washington, D.C.



Visit our Subscription Center to sign up for legal insights and events.

**From:** Adam D. Fuller <adfuller@bmdllc.com>
**Sent:** Friday, May 17, 2024 12:35 PM
**To:** Bartolozzi, Jeff <Jeff.Bartolozzi@btlaw.com>; Victoria Ferrise <vlferrise@bmdllc.com>; Justin M. Alaburda <jmalaburda@bmdllc.com>
**Cc:** Paragas, David <David.Paragas@btlaw.com>; Folland, Rob <Rob.Folland@btlaw.com>
**Subject:** [EXTERNAL] RE: SRC v. EGCC - Case No. 2:22-cv-02653 (S.D. OH)

**Caution: This email originated from outside the Firm.**

CONFIDENTIAL SETTLEMENT COMMUNICATION

Jeff:

Any proceeds EGCC realizes from the sale will be used to pay ongoing operating expenses and/or outstanding debts.  If SRC would like to secure a place in line with EGCC's creditors, it should make a reasonable settlement demand that could win board approval ███████████████████████████████████████ ██████████████ .



**PARTNER**

## Adam D. Fuller

O| 330.374.6737   C | 216.536.6061
adfuller@bmdllc.com
75 East Market Street, Akron, Ohio 44308
bmdllc.com

Website | Bio | Map

---

**From:** Bartolozzi, Jeff <Jeff.Bartolozzi@btlaw.com>
**Sent:** Thursday, May 16, 2024 12:54 PM
**To:** Adam D. Fuller <adfuller@bmdllc.com>; Victoria Ferrise <vlferrise@bmdllc.com>; Justin M. Alaburda <jmalaburda@bmdllc.com>
**Cc:** Paragas, David <David.Paragas@btlaw.com>; Folland, Rob <Rob.Folland@btlaw.com>
**Subject:** SRC v. EGCC - Case No. 2:22-cv-02653 (S.D. OH)

**\*\*External User\*\***

Hello Adam:

It has come to our attention through EGCC's Board of Trustee meeting yesterday that EGCC passed Resolution 2024/23 to approve the sale of EGCC's property located at 110 John Scott Highway, Steubenville, Ohio 43952, including the Pugliese Training Center. Given the nature of the school's finances and EGCC's filing yesterday, which seeks in part to delay the Court's timeline for adjudicating SRC's Motion for Summary Judgment, SRC is concerned that EGCC is attempting to liquidate and dissipate its assets in an attempt to become judgment proof from SRC's pending claims prior to the Court's ruling. As you know, the Court has twice ordered an injunction is SRC's favor and has previously found that SRC established a likelihood of success on its breach of the non-competition clause under the Collaboration Agreement.

Please provide assurance to SRC that any proceeds from the sale of assets, including the real property located at 110 John Scott Highway and the Pugliese Training Center, shall be placed in escrow to prevent EGCC from irretrievably transferring assets away from EGCC's creditors, including SRC.

Respectfully,

**Jeff Bartolozzi**  | Associate
Barnes & Thornburg LLP
41 S. High Street Suite 3300, Columbus, OH 43215
Direct: (614) 628-1406  | Mobile: (440) 773-2311

   

Atlanta | Boston | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Nashville | New Jersey
New York | Ohio | Philadelphia | Raleigh | Salt Lake City | South Florida | Texas | Washington, D.C.



Visit our Subscription Center to sign up for legal insights and events.

**CONFIDENTIALITY NOTICE:** This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Notice: The information contained in this electronic mail transmission is intended by Brennan, Manna & Diamond, LLC for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email or by calling Brennan, Manna & Diamond, LLC at 1-330-253-5060, so that our address record can be corrected.