IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STUDENT RESOURCE CENTER, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> EASTERN GATEWAY COMMUNITY COLLEGE, <br><br> *Defendant*. | Case No. 2:22-cv-2653 <br><br> **Chief Judge Algenon L. Marbley** <br><br> **Magistrate Judge Chelsey M. Vascura** |

# Attachment C to the Declaration of Robert Folland in Support of SRC's Motion for Prejudgment Attachment

Case: 2:22-cv-02653-ALM-CMV Doc #: 106-4 Filed: 06/05/24 Page: 2 of 3 PAGEID #: 3333

FORM 501



**311318**

**D E E D**

KNOW ALL MEN BY THESE PRESENTS, That The Board of County Commissioners of Jefferson County, Ohio, for mutual considerations to be derived by said The Board of County Commissioners of Jefferson County, Ohio, as Grantor, and The Board of Trustees of The Jefferson County Technical Institute (also known as The Jefferson County Technical Institute District), as Grantee, and under and by virtue of the authority conferred upon said The Board of County Commissioners of Jefferson County, Ohio, by an Act of the General Assembly of the State of Ohio, in the 107th General Assembly, Regular Session, 1967-1968, which became effective March 28, 1967, being Amended Substitute House Bill No. 67, does hereby grant, bargain, sell, and convey to said The Board of Trustees of The Jefferson County Technical Institute, an Ohio corporation, whose mailing address is First National Bank Building, Steubenville, Ohio, and its successors and assigns forever, the following described real estate:

Being situated in Section 12, Twp. 6, Range 2, Jefferson County, Ohio and being a part of the same property as conveyed by George Marshall to the Jefferson County Poor Home and their successors and as described in Deed Book "J", Page 239 of the records of said county and as shown by actual survey in Plat Book "C", Page 151 of the County Surveyors Plat Book, and as said to contain 153 acres. The part to be herein conveyed being described by the following two parcels:

PARCEL 1.--Beginning at the Northwesterly corner of said property as described above, thence with the northerly line thereof North $89\frac{1}{4}°$ East 1370 feet, more or less, to the intersection of said line with the westerly right of way line, if extended, of the John Scott Memorial Highway, thence with said right of way line South 10°-30' West 1400 feet, more or less, thence along a curve to the left of 2070 foot radius a distance of 1973.2 feet, thence still with said right of way line South 41°-21' East 850 feet, more or less, thence North 48°-39' East 30 feet, thence South 41°-21' East 280 feet, thence along a curve to the right of 2815 foot radius a distance of 145 feet, thence leaving said right of way line South 41° West 314 feet, more or less, thence North 44° West 1452 feet; thence North 41° East 194.7 feet, thence North 34°-00' West 346.5 feet, thence North 21° West 891 feet, thence North 67° West 1023 feet, thence North 0°-30' East 1666.5 feet to the beginning.

Containing 68.7 acres, more or less.

PARCEL 2.--Beginning at a point in the easterly line of said 153 acre tract, as described above, said point being South 12° West 1055 feet, more or less, from the northeasterly corner of said original tract, thence with the easterly line of said tract South 12° West 1123 feet, more or less, to a point in the northeasterly right of way line of the John Scott Memorial Highway, thence with said right of way line North 41°-21' West 40 feet, thence North 48°-39' East 30 feet, thence North 41°-21' West 870 feet, more or less, thence along the arc of a curve to the right of 1910 foot radius a distance of 670 feet, more or less, to the southwesterly corner of the Childrens Home tract, thence with the southerly line of said tract and the easterly extension of said line South 81°-19' East 1178.4 feet to the beginning.

Containing 16.0 acres, more or less.

Subject to easements for highways and public utility lines.

The above described real estate being no longer required for public purposes by said County of Jefferson.

- 1 -

- 2 -    VOL 455 PAGE 600

The Grantor acquired title to the above described real estate by deed recorded in Deed Book "J", Page 239, of the Record of Deeds of Jefferson County, Ohio.

To have and to hold said premises, with all the appurtenances thereunto belonging to the said Grantee, The Board of Trustees of The Jefferson County Technical Institute, its successors and assigns forever; provided, however, that this conveyance is made to the Board of Trustees of The Jefferson County Technical Institute for educational purposes only, for mutual considerations to be derived by Grantor and Grantee; and if said premises are not used for educational purposes or if said premises cease to be used for educational purposes, title shall revert to the County of Jefferson, Ohio.

In Witness Whereof, the said Grantor, The Board of County Commissioners of Jefferson County, Ohio, has caused this instrument to be executed by _Russell Heseke_, Commissioner, _Nick Calabria_ Commissioner, _____, Commissioner, and _____ Commissioner, constituting The Board of County Commissioners of Jefferson County, Ohio, this 7th day of _April_, 1967.

Signed and acknowledged in presence of:

Mary L. Brown

Barbara Jean Guzy

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, OHIO

By: _Russell Heseke_
Commissioner

By: _____
Commissioner

By: _Nick Calabria_
Commissioner

JEFFERSON CO. RECORD OF Deeds
VOL 455  PAGE 599
RECEIVED  FILED
APR 24  9 15 AM '67
RECORDED April 24-1967
PETE McKEEGAN
RECORDER  No Fee

STATE OF OHIO ) 
              ) SS.
COUNTY OF JEFFERSON )

Before me, a Notary Public in and for said County, personally appeared the above named _Russell Heseke_, _____, and _Nick Calabria_, as The Board of County Commissioners of Jefferson County, Ohio, who acknowledged that they constitute The Board of County Commissioners of Jefferson County, Ohio, that they did sign the foregoing instrument and that the same is their free act and deed as such County Commissioners and for the uses and purposes therein set forth.

In Testimony Whereof, I have hereunto subscribed my name and affixed my seal, at Steubenville, Ohio, this 7th day of _April_, 1967.

Mary L. Brown
Notary Public

MARY L. BROWN, Notary Public
My Comm. Expires 11-13-71

This instrument prepared by Samuel Freifield, Attorney at Law.

Approved as to form:

_Dominick E. Olivito_
Prosecuting Attorney

TRANSFERRED April 13, 1967
_Stephen J. Hamrock_
BY _____ COUNTY AUDITOR