**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **STUDENT RESOURCE CENTER, LLC,** | ) ) ) | |
| *Plaintiff*, | ) ) | |
| | ) | **Case No. 2:22-cv-2653** |
| **v.** | ) ) | |
| | ) | **Chief Judge Algenon L. Marbley** |
| **EASTERN GATEWAY COMMUNITY COLLEGE,** | ) ) ) | **Magistrate Judge Chelsey M. Vascura** |
| *Defendant*. | ) ) ) ) | |

# Attachment D to the Declaration of Robert Folland in Support of SRC's Motion for Prejudgment Attachment

Business Name: _____    1  of  3

Property Address:    4000 SUNSET BV ,                                DTE Code:  670

*08-01519-000*

STEUBEN CORP - FORT STEUBEN T
INDIAN CREEK LSD
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND                    Acres:74.9490
74.949A MAP-08-28-01
SPLIT
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BOULEVARD
STEUBENVILLE, OH 43952

| Internal Use Only 00106 |
|---|
| Map: |
| Block: |
| Card: |
| Bk:629    Pg:766 |

COMMENT
Requested    Reason        Description
Apr 23 2019 12:00AM    NC        5 BLDG PERMITS PULLED TOTALING $2255145
FIRE SUPPRESSION IN SERVER ROOM ; HVAC AND DUCTWORK ; ELECTRICAL
WORK ; EGCC RENOVATIONS AND CONSOLIDATION OF ALL STUDENT
SERVICES IN ONE LOCATION
JEFFERSON COMM COLLEGE,@100%
2019 NC INTERIOR RENOVATIONS - NVC, AJL 9/25/2019
18 ADDED MISSING BLDG ADD, INCREASED PAV SF.

### Sales Data

| Date | Amount | Deed:Conv# | Use | Valid | Lister: | DS | 05/28/18 |
|---|---|---|---|---|---|---|---|
| 08/02/1995 | 0 | : 826 | 670 | ☐ | Pricer: | TR | 06/26/18 |
| | 0 | 0: : 0 | | ☐ | Reviewer: | | |
| | | | | ☐ | Final: | | |
| | | | | ☐ | Call Back: | | |
| | | | | ☐ | Visit: | | |

### VALUATION SUMMARY

| | | 2021 | 2019 | 2018 | 2015 |
|---|---|---|---|---|---|
| VALUE YEAR | | TRI | MISC | RAPP | TRI |
| REASON FOR CHANGE | | | | | |
| ESTIMATED | LAND | 1,638,730 | 1,638,730 | 1,638,730 | 1,624,500 |
| MARKET VALUE | IMPR | 11,028,080 | 11,028,080 | 11,028,080 | 10,959,700 |
| | TOTAL | 12,666,810 | 12,666,810 | 12,666,810 | 12,584,200 |
| ASSESSED | LAND | 573,560 | 573,560 | 573,560 | 568,580 |
| VALUE | IMPR | 3,859,830 | 3,859,830 | 3,859,830 | 3,835,900 |
| | TOTAL | 4,433,390 | 4,433,390 | 4,433,390 | 4,404,480 |



| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | | ZONING |
|---|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ■ WATER | ☐ | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ■ SEWER | ☐ | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS | ☐ | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ■ ELECTRIC | ☐ | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | | |

### INFLUENCE FACTORS

| A.  TOPGRHY | F.  VACANCY | J.  EX FRONT |
|---|---|---|
| B.  ACCESS | G.  RESTRICT | R.  REVAL |
| D.  LOCATION | H.  OTHER | |
| E.  SZ/SHAPE | I.  Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C | |
|---|---|---|---|---|---|---|---|---|---|
| A1:Primary | A:25 | | 50,000 | | | | 1,250,000 | 0 | |
| A2:Secondary | A:6.949 | | 25,000 | | | | 173,730 | 0 | |
| A3:Residual | A:43 | | 5,000 | | | | 215,000 | 0 | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals: | Total Acres 74.9490 | | | | | | 1,638,730 | 0 | 1,638,730 |

| | | EX WALL | A | ROOFING | A | WINDOW | A | DOORS | A | FOUNDATION | A | FRAMING | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STONE | ☐ | GABLE/HIP | ☐ | STORE FRT | ☐ | OVERHEAD | | SLAB | | PRE ENG | ☐ |
| CLASS/QUALITY RANK | | BRICK | ☐ | SHED/FLAT | ☐ | CASEMENT | ☐ | | | CRAWL | | STEEL | ☐ |
| A) FP STRUCT. STEEL FRAME | 1. BASIC | CON BLK | ☐ | CON DECK | ☐ | DBLH | ☐ | | | PILE/COL | | REINF CONC | ☐ |
| B) R.C. FRAME | 2. FAIR | WD/MTL | ☐ | MTL DECK | ☐ | SLIDE BY | ☐ | | | REINFOR | | CB/MASON | ☐ |
| C) MASONRY BEARING WALLS | 3. AVE | ENAM STL | ☐ | WD DECK | ☐ | CANOPY | A | | | STEEL | | FRAME | ☐ |
| D) WD OR STEEL FR EX. WALLS | 4. GOOD | ALUM/VYL | ☐ | METAL | ☐ | LIGHTED | | STEEL INS | ☐ | BRICK | | POLE | ☐ |
| S) METAL  M) MILL  P) POLE | 5. EXCEL | CON PANEL | ☐ | ASPH | ☐ | SOFFITS | | WOOD | ☐ | STONE | | TILT UP | ☐ |
| TOTAL AREA | PERIMETER 0 | PLATE GLS | ☐ | RUBBER | ☐ | C S W | ☐ | MTL | ☐ | CON BLK | | SANDWICH | ☐ |
| # STORIES | STORY HT | STUCCO | ☐ | BUILT UP | ☐ | FACADE | A | GLASS | ☐ | FRAME | | STANDARD | ☐ |
| AGE | SPRINKLER | INSULATED | ☐ | INSULATED | ☐ | | | STANDARD | ☐ | STANDARD | ☐ | | |

| H.V.A.C. | | | | FLOORS | B | 1 | 2 | 3 | U | PARTITIONS | B | 1 | 2 | 3 | U | INTERIOR FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electric | ☐ | Electric Wall | ☐ | CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ | MASONRY | ☐ | ☐ | ☐ | ☐ | ☐ | UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ |
| Forced Air Unit | ☐ | Hot Water | ☐ | WOOD | ☐ | ☐ | ☐ | ☐ | ☐ | WD STUD | ☐ | ☐ | ☐ | ☐ | ☐ | FINISH OPEN | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hot Water, Rad | ☐ | Space/ Wall Furnace | ☐ | TILE A Q V T | ☐ | ☐ | ☐ | ☐ | ☐ | MTL STUD | ☐ | ☐ | ☐ | ☐ | ☐ | FINISH DIV | ☐ | ☐ | ☐ | ☐ | ☐ |
| Steam | ☐ | Warm & Cld Air | ☐ | CARPET | ☐ | ☐ | ☐ | ☐ | ☐ | CEILINGS | B | 1 | 2 | 3 | U | PLASTER / DW | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ventilation | ☐ | Heat Pump | ☐ | ASPHALT | ☐ | ☐ | ☐ | ☐ | ☐ | ACCUT/PANEL | ☐ | ☐ | ☐ | ☐ | ☐ | BLOCK | ☐ | ☐ | ☐ | ☐ | ☐ |
| Package Unit | ☐ | Ind TW Heat Pump | ☐ | GRAVEL | ☐ | ☐ | ☐ | ☐ | ☐ | PLASTER/DW | ☐ | ☐ | ☐ | ☐ | ☐ | GLAZED TILE | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hot & Cld Water | ☐ | Evaporated Cool | ☐ | DIRT | ☐ | ☐ | ☐ | ☐ | ☐ | SUSP/OPEN | ☐ | ☐ | ☐ | ☐ | ☐ | STANDARD | ☐ | | | | |
| Floor Furnace | ☐ | Co-Ray-Vac | ☐ | STANDARD | ☐ | | | | | STANDARD | ☐ | | | | | | | | | | |
| Complete HVAC | ☐ | No Heat | ☐ | PLUMBING | | | A | | | | A | LIGHTING | | | A | | | | | A |
| Refrig. Cooling | ☐ | Standard | ☐ | NO PLUMBING | | | ☐ | EXTRA FIXTURES | | | FLUORESCENT | | | ☐ | METAL HALIDE | | | ☐ |
| YARD ITEMS | | | | 2 FIXTURE BATH | | | | STANDARD | | | ☐ | SODIUM VAP | | | ☐ | STANDARD | | | ☐ |
| | | | | 3 FIXTURE BATH | | | | | | | | MERCURY VAP | | | ☐ | | | | |

| ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C  901.001:Paving: Asphalt | | | | 1 | 285,000 | | 1920 | 1992 | A | F | 2.00 | 570,000 | 50 | 0 | 0 | 285,000 |
| D  499.065:Roof Shelter | | | 24 X 26 | 1 | 624 | | 2000 | | A | A | 11.00 | 6,860 | 18 | 0 | 0 | 5,630 |
| E  499.033:Garage: Detached Frame/Blo | | | 60 X 80 | 1 | 4,800 | | 1990 | | F | A | 14.00 | 67,200 | 22 | 0 | 0 | 52,420 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

| ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A  650.000:SCHOOL | A | | | 3 | 6,674 | | | A | N | N | .00 | 0 | 0 | 0 | 0 | 0 |
| 1  650.000:School | C | | | 2 | 36,239 | | 1966 | 2019A | G | A | 64.00 | 4,638,590 | 10(SPE) | 0 | 0 | 4,174,730 |
| 2  650.000:School | A | | | 3 | 1,334 | | 1966 | 2019A | G | A | 64.00 | 256,130 | 10(SPE) | 0 | 0 | 230,520 |
| 3  650.000:School | C | | | 1 | 7,332 | | 1966 | 2019A | G | A | 64.00 | 469,250 | 10(SPE) | 0 | 0 | 422,330 |
| 4  650.000:School | | | | 1 | 3,600 | | 1966 | 2019A | G | A | 64.00 | 230,400 | 10(SPE) | 0 | 0 | 207,360 |
| 5  650.000:School | C | | | 2 | 12,977 | | 1966 | 2019A | G | A | 64.00 | 1,661,060 | 10(SPE) | 0 | 0 | 1,494,950 |
| 6  650.000:School | C | | | 1 | 2,361 | | 1966 | 2019A | G | A | 64.00 | 151,100 | 10(SPE) | 0 | 0 | 135,990 |
| 7  650.000:School | C | | | 1 | 4,528 | | 1966 | 2019A | G | A | 64.00 | 289,790 | 10(SPE) | 0 | 0 | 260,810 |
| 8  650.000:School | C | | | 1 | 13,995 | | 1966 | 2019A | G | A | 64.00 | 895,680 | 10(SPE) | 0 | 0 | 806,110 |
| 9  670.999:1s BR | | | 12 X 103 | 1 | 1,236 | | | | A | N | .00 | 0 | 0 | 0 | 0 | 0 |
| AMENITY TOTAL | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | TOTAL IMPR | | | 11,028,080 |

| COMMENTS |
|---|
| |

08-01519-000        Printed: 12/29/2021 13:21        E.J. Conn, Jefferson

Business Name: _____      _2_ of _3_ ___

Property Address:    4000 SUNSET BV , _____    DTE Code:  670 _____

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
       *08-01519-000*

STEUBEN CORP - FORT STEUBEN T
INDIAN CREEK LSD
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND          Acres:74.9490
74.949A MAP-08-28-01
SPLIT
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BOULEVARD
STEUBENVILLE, OH 43952
COMMENT

| Internal Use Only 00106 |
| --- |
| Map: |
| Block: |
| Card: |
| Bk:629    Pg:766 |



| Sales Data | | | | | | | | Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Amount | Deed:Conv# | | Use | Valid | Lister: | DS | 05/28/18 |
| 08/02/1995 | 0 | : 826 | | 670 | ☐ | Pricer: | TR | 06/26/18 |
|  | 0 | 0: : 0 | | | ☐ | Reviewer: | | |
|  | | | | | ☐ | Final: | | |
|  | | | | | ☐ | Call Back: | | |
|  | | | | | ☐ | Visit: | | |

| VALUATION SUMMARY | | | | | |
| --- | --- | --- | --- | --- | --- |
| VALUE YEAR | | 2013 | 2011 | 2010 | |
| REASON FOR CHANGE | | MISC | MISC | MISC | |
| ESTIMATED MARKET VALUE | LAND | 1,624,500 | 1,174,700 | 1,174,700 | |
| | IMPR | 10,947,600 | 10,947,600 | 10,531,800 | |
| | TOTAL | 12,572,100 | 12,122,300 | 11,706,500 | |
| ASSESSED VALUE | LAND | 568,580 | 411,150 | 411,150 | |
| | IMPR | 3,831,660 | 3,831,660 | 3,686,130 | |
| | TOTAL | 4,400,240 | 4,242,810 | 4,097,280 | |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | | ZONING |
| --- | --- | --- | --- | --- |
| ■ PAVED | ☐ LEVEL | ■ WATER | ☐ | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER | ☐ | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS | ☐ | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ■ ELECTRIC | ☐ | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | | |

| INFLUENCE FACTORS | | |
| --- | --- | --- |
| A.  TOPGRHY | F.  VACANCY | J.  EX FRONT |
| B.  ACCESS | G.  RESTRICT | R.  REVAL |
| D.  LOCATION | H.  OTHER | |
| E.  SZ/SHAPE | I.  Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  | |
|  |  |  |  |  |  |  |  |  | |
| Totals: | Total Acres 74.9490 | | | | | 1,638,730 | 0 | 1,638,730 | |

| | | EX WALL | | ROOFING | | WINDOW | | DOORS | | FOUNDATION | | FRAMING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STONE | | GABLE/HIP | | STORE FRT | | OVERHEAD | | SLAB | | PRE ENG | |
| **CLASS/QUALITY RANK** | | BRICK | | SHED/FLAT | | CASEMENT | | | | CRAWL | | STEEL | |
| A) FP STRUCT. STEEL FRAME | 1. BASIC | CON BLK | | CON DECK | | DBLH | | | | PILE/COL | | REINF CONC | |
| B) R.C. FRAME | 2. FAIR | WD/MTL | | MTL DECK | | SLIDE BY | | | | REINFOR | | CB/MASON | |
| C) MASONRY BEARING WALLS | 3. AVE | ENAM STL | | WD DECK | | CANOPY | | | | STEEL | | FRAME | |
| D) WD OR STEEL FR EX. WALLS | 4. GOOD | ALUM/VYL | | METAL | | LIGHTED | | STEEL INS | | BRICK | | POLE | |
| S) METAL  M) MILL   P) POLE | 5. EXCEL | CON PANEL | | ASPH | | SOFFITS | | WOOD | | STONE | | TILT UP | |
| **TOTAL AREA** | **PERIMETER** | PLATE GLS | | RUBBER | | C S W | | MTL | | CON BLK | | SANDWICH | |
| **# STORIES** | **STORY HT** | STUCCO | | BUILT UP | | FACADE | | GLASS | | FRAME | | STANDARD | |
| **AGE** | **SPRINKLER** | INSULATED | | INSULATED | | | | STANDARD | | STANDARD | | | |

| H.V.A.C. | | | | FLOORS | B | 1 | 2 | 3 | U | PARTITIONS | B | 1 | 2 | 3 | U | INTERIOR FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electric | ☐ | Electric Wall | ☐ | CONCRETE | | | | | | MASONRY | | | | | | UNFINISHED | | | | | |
| Forced Air Unit | ☐ | Hot Water | ☐ | WOOD | | | | | | WD STUD | | | | | | FINISH OPEN | | | | | |
| Hot Water, Rad | ☐ | Space/ Wall Furnace | ☐ | TILE A Q V T | | | | | | MTL STUD | | | | | | FINISH DIV | | | | | |
| Steam | ☐ | Warm & Cld Air | ☐ | CARPET | | | | | | CEILINGS | B | 1 | 2 | 3 | U | PLASTER / DW | | | | | |
| Ventilation | ☐ | Heat Pump | ☐ | ASPHALT | | | | | | ACCUT/PANEL | | | | | | BLOCK | | | | | |
| Package Unit | ☐ | Ind TW Heat Pump | ☐ | GRAVEL | | | | | | PLASTER/DW | | | | | | GLAZED TILE | | | | | |
| Hot & Cld Water | ☐ | Evaporated Cool | ☐ | DIRT | | | | | | SUSP/OPEN | | | | | | STANDARD | | | | | |
| Floor Furnace | ☐ | Co-Ray-Vac | ☐ | STANDARD | | | | | | STANDARD | | | | | | | | | | | |
| Complete HVAC | ☐ | No Heat | ☐ | PLUMBING | | | | | | | LIGHTING | | | | | | | | | | |
| Refrig. Cooling | ☐ | Standard | ☐ | NO PLUMBING | | | | EXTRA FIXTURES | | | FLUORESCENT | | | | METAL HALIDE | | | | |
| | | | | 2 FIXTURE BATH | | | | STANDARD | | | SODIUM VAP | | | | STANDARD | | | | |
| **YARD ITEMS** | | | | 3 FIXTURE BATH | | | | | | | MERCURY VAP | | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 670.999:^S 1.0 | | | 40 X 97 | 1 | 3,880 | | | | A | N | .00 | 0 | 0 | 0 | 0 | 0 |
| 15 | 670.999:1s BR | | | 21 X 59 | 1 | 1,239 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 16 | 670.999:^S 1.0 | | | 57 X 22 | 1 | 1,254 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 17 | 670.999:3s BR | | | 57 X 22 | 1 | 1,254 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 18 | 670.999:3s BR | | | 40 X 97 | 1 | 3,880 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 19 | 650.000:SCHOOL | C | | | 2 | 14,694 | | 1966 | 2019A | A | A | 64.00 | 1,880,830 | 10(SPE) | 0 | 0 | 1,692,750 |
| 20 | 650.000:SCHOOL | | | | 2 | 10,933 | | 1966 | 2019A | A | A | 64.00 | 1,399,420 | 10(SPE) | 0 | 0 | 1,259,480 |
| | AMENITY TOTAL | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | TOTAL IMPR | | | | 11,028,080 |

**COMMENTS**

08-01519-000                               Printed: 12/29/2021 13:21                               E.J. Conn, Jefferson

Business Name: _____  3  of  3

Property Address:  4000 SUNSET BV , _____  DTE Code:  670 _____

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*08-01519-000*

STEUBEN CORP - FORT STEUBEN T
INDIAN CREEK LSD
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND                      Acres:74.9490
74.949A MAP-08-28-01
SPLIT
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BOULEVARD
STEUBENVILLE, OH 43952
COMMENT

| Internal Use Only 00106 |
|---|
| Map: |
| Block: |
| Card: |
| Bk:629    Pg:766 |

### Sales Data

| Date | Amount | Deed:Conv# | Use | Valid | | | Date |
|---|---|---|---|---|---|---|---|
| 08/02/1995 | 0 | : 826 | 670 | ☐ | Lister: | DS | 05/28/18 |
| | 0 | 0: : 0 | | ☐ | Pricer: | TR | 06/26/18 |
| | | | | ☐ | Reviewer: | | |
| | | | | ☐ | Final: | | |
| | | | | ☐ | Call Back: | | |
| | | | | ☐ | Visit: | | |

### VALUATION SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| VALUE YEAR | | | | | |
| REASON FOR CHANGE | | | | | |
| ESTIMATED | LAND | | | | |
| MARKET VALUE | IMPR | | | | |
| | TOTAL | | | | |
| ASSESSED | LAND | | | | |
| VALUE | IMPR | | | | |
| | TOTAL | | | | |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | | ZONING |
|---|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ■ WATER | ☐ | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER | ☐ | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS | ☐ | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ■ ELECTRIC | ☐ | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | | |

### INFLUENCE FACTORS

| A.  TOPGRHY | F.  VACANCY | J.  EX FRONT |
|---|---|---|
| B.  ACCESS | G.  RESTRICT | R.  REVAL |
| D.  LOCATION | H.  OTHER | |
| E.  SZ/SHAPE | I.  Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals: | Total Acres 74.9490 | | | | | 1,638,730 | 0 | 1,638,730 | |

Appraisal Research Corporation
BF692(03189)

**COM/IND/UTL/EXP**
Printed: 12/29/2021 13:21 By: prc1                    E.J. Conn, Jefferson

| | | EX WALL | B | ROOFING | B | WINDOW | B | DOORS | B | FOUNDATION | B | FRAMING | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STONE | ☐ | GABLE/HIP | ☐ | STORE FRT | ☐ | OVERHEAD | | SLAB | | PRE ENG | ☐ |
| **CLASS/QUALITY RANK** | | BRICK | ☐ | SHED/FLAT | ☐ | CASEMENT | ☐ | | | CRAWL | | STEEL | ☐ |
| A) FP STRUCT. STEEL FRAME | 1. BASIC | CON BLK | ☐ | CON DECK | ☐ | DBLH | ☐ | | | PILE/COL | | REINF CONC | ☐ |
| B) R.C. FRAME | 2. FAIR | WD/MTL | ☐ | MTL DECK | ☐ | SLIDE BY | ☐ | | | REINFOR | | CB/MASON | ☐ |
| C) MASONRY BEARING WALLS | 3. AVE | ENAM STL | ☐ | WD DECK | ☐ | **CANOPY** | B | | | STEEL | | FRAME | ☐ |
| D) WD OR STEEL FR EX. WALLS | 4. GOOD | ALUM/VYL | ☐ | METAL | ☐ | LIGHTED | ☐ | STEEL INS | ☐ | BRICK | | POLE | ☐ |
| S) METAL  M) MILL   P) POLE | 5. EXCEL | CON PANEL | ☐ | ASPH | ☐ | SOFFITS | ☐ | WOOD | ☐ | STONE | | TILT UP | ☐ |
| **TOTAL AREA** | **PERIMETER** 0 | PLATE GLS | ☐ | RUBBER | ☐ | C S W | ☐ | MTL | ☐ | CON BLK | | SANDWICH | ☐ |
| **# STORIES** | **STORY HT** | STUCCO | ☐ | BUILT UP | ☐ | **FACADE** | B | GLASS | ☐ | FRAME | | STANDARD | ☐ |
| **AGE** | **SPRINKLER** | INSULATED | ☐ | INSULATED | ☐ | | | STANDARD | ☐ | STANDARD | ☐ | | |

| H.V.A.C. | | | | FLOORS | B | 1 | 2 | 3 | U | PARTITIONS | B | 1 | 2 | 3 | U | INTERIOR FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electric | ☐ | Electric Wall | ☐ | CONCRETE | ☐ | ☐ | ☐ | ☐ | ☐ | MASONRY | ☐ | ☐ | ☐ | ☐ | ☐ | UNFINISHED | ☐ | ☐ | ☐ | ☐ | ☐ |
| Forced Air Unit | ☐ | Hot Water | ☐ | WOOD | ☐ | ☐ | ☐ | ☐ | ☐ | WD STUD | ☐ | ☐ | ☐ | ☐ | ☐ | FINISH OPEN | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hot Water, Rad | ☐ | Space/ Wall Furnace | ☐ | TILE A Q V T | ☐ | ☐ | ☐ | ☐ | ☐ | MTL STUD | ☐ | ☐ | ☐ | ☐ | ☐ | FINISH DIV | ☐ | ☐ | ☐ | ☐ | ☐ |
| Steam | ☐ | Warm & Cld Air | ☐ | CARPET | ☐ | ☐ | ☐ | ☐ | ☐ | CEILINGS | B | 1 | 2 | 3 | U | PLASTER / DW | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ventilation | ☐ | Heat Pump | ☐ | ASPHALT | ☐ | ☐ | ☐ | ☐ | ☐ | ACCUT/PANEL | ☐ | ☐ | ☐ | ☐ | ☐ | BLOCK | ☐ | ☐ | ☐ | ☐ | ☐ |
| Package Unit | ☐ | Ind TW Heat Pump | ☐ | GRAVEL | ☐ | ☐ | ☐ | ☐ | ☐ | PLASTER/DW | ☐ | ☐ | ☐ | ☐ | ☐ | GLAZED TILE | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hot & Cld Water | ☐ | Evaporated Cool | ☐ | DIRT | ☐ | ☐ | ☐ | ☐ | ☐ | SUSP/OPEN | ☐ | ☐ | ☐ | ☐ | ☐ | STANDARD | ☐ | | | | |
| Floor Furnace | ☐ | Co-Ray-Vac | ☐ | STANDARD | ☐ | | | | | STANDARD | ☐ | | | | | | | | | | |
| Complete HVAC | ☐ | No Heat | ☐ | PLUMBING | | | | B | | | B | LIGHTING | | | | B | | | | | B |
| Refrig. Cooling | ☐ | Standard | ☐ | NO PLUMBING | | | | ☐ | EXTRA FIXTURES | | | FLUORESCENT | | | ☐ | METAL HALIDE | | | | ☐ |
| | | | | 2 FIXTURE BATH | | | | ☐ | STANDARD | | | ☐ | SODIUM VAP | | | ☐ | STANDARD | | | | ☐ |
| **YARD ITEMS** | | | | 3 FIXTURE BATH | | | | ☐ | | | | MERCURY VAP | | | ☐ | | | | | |

| ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

| ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B  670.999:670.999 TEMP | A | | | 3 | 1,334 | | A | N | N | | .00 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| **AMENITY TOTAL** | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | TOTAL IMPR | | | 11,028,080 |

| COMMENTS |
|---|
| |

08-01519-000                    Printed: 12/29/2021 13:21                    E.J. Conn, Jefferson