IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) ) | Case No. 2:22-cv-2653 |
| v. | ) ) | Chief Judge Algenon L. Marbley |
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) ) ) | Magistrate Judge Chelsey M. Vascura |
| *Defendant*. | ) ) ) | |

# Attachment F to the Declaration of Robert Folland in Support of SRC's Motion for Prejudgment Attachment

| Business Name: | | | | DTE Code: 670 | 1 of 1 |
|---|---|---|---|---|---|
| Property Address: | 110 JOHN SCOTT, | | | | |

*07-11934-001*

STEUBEN CORP - FORT STEUBEN T
STEUBENVILLE CSD
072800002E0

## LEGAL INFORMATION

2-6-12 11-A LD & PT 15
BEXLEY 3.701A
MAP 07-2800-002E0 EX 2005-014
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BLVD
STEUBENVILLE, OH 43952
COMMENT
JEFFERSON COMM COLLEGE,@100%
18 REVAL  REDUCED PAV & FENCE, ADD CON PAV, NET CHG $222,900 LESS,
FIRE STATION ON PCL 0711970000, TR 10-15-18

Acres:3.7100 M:3.7010

| Internal Use Only 00106 | |
|---|---|
| Map: | |
| Block: | |
| Card: | |
| Bk:609 | Pg:676 |

### Sales Data

| Date | Amount | Deed:Conv# | Use | Valid | Lister: | Date |
|---|---|---|---|---|---|---|
| 11/21/2003 | 2,200,000 | 2: : 1160 | 670 | ☐ | Pricer: | |
| 11/21/2003 | 0 | 2:W1 : 1160 | | ☐ | Reviewer: | |
| | | | | ☐ | Final: | |
| | | | | ☐ | Call Back: | |
| | | | | ☐ | Visit: | |

| VALUATION SUMMARY | | | | |
|---|---|---|---|---|
| VALUE YEAR | 2021 | 2019 | 2018 | 2013... |
| REASON FOR CHANGE | TRI | MISC | RAPP | MISC |
| ESTIMATED MARKET VALUE — LAND | 185,050 | 185,050 | 185,050 | 166,600 |
| IMPR | 1,829,900 | 1,829,900 | 1,829,900 | 1,933,400 |
| TOTAL | 2,014,950 | 2,014,950 | 2,014,950 | 2,100,000 |
| ASSESSED VALUE — LAND | 64,770 | 64,770 | 64,770 | 58,310 |
| IMPR | 640,470 | 640,470 | 640,470 | 676,690 |
| TOTAL | 705,240 | 705,240 | 705,240 | 735,000 |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | ZONING |
|---|---|---|---|
| ■ PAVED | ■ LEVEL | ■ WATER | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ■ SEWER | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ☐ ROLLING | ■ ELECTRIC | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | |

| INFLUENCE FACTORS | | |
|---|---|---|
| A. TOPGRHY | F. VACANCY | J. EX FRONT |
| B. ACCESS | G. RESTRICT | R. REVAL |
| D. LOCATION | H. OTHER | |
| E. SZ/SHAPE | I. Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|
| A1:Primary | A:3.701 | | 50,000 | | | | 185,050 | 0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Totals: | Total Acres 3.7010 | | | | | | 185,050 | 0 | 185,050 |

Appraisal Research Corporation
BF692(03189)

COM/IND/UTL/EXP
Printed: 12/29/2021 13:01 By: prc1

E.J. Conn, Jefferson

| | | EX WALL | A | ROOFING | A | WINDOW | A | DOORS | A | FOUNDATION | A | FRAMING | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | STONE | | GABLE/HIP | | STORE FRT | | OVERHEAD | | SLAB | | PRE ENG | |
| **CLASS/QUALITY RANK** | | BRICK | | SHED/FLAT | | CASEMENT | | | | CRAWL | | STEEL | |
| A) FP STRUCT. STEEL FRAME | 1. BASIC | CON BLK | | CON DECK | | DBLH | | | | PILE/COL | | REINF CONC | |
| B) R.C. FRAME | 2. FAIR | WD/MTL | | MTL DECK | | SLIDE BY | | | | REINFOR | | CB/MASON | |
| C) MASONRY BEARING WALLS | 3. AVE | ENAM STL | | WD DECK | | **CANOPY** | A | | | STEEL | | FRAME | |
| D) WD OR STEEL FR EX. WALLS | 4. GOOD | ALUM/VYL | | METAL | | LIGHTED | | STEEL INS | | BRICK | | POLE | |
| S) METAL  M) MILL   P) POLE | 5. EXCEL | CON PANEL | | ASPH | | SOFFITS | | WOOD | | STONE | | TILT UP | |
| **TOTAL AREA** | **PERIMETER** 0 | PLATE GLS | | RUBBER | | C S W | | MTL | | CON BLK | | SANDWICH | |
| **# STORIES** | **STORY HT** | STUCCO | | BUILT UP | | **FACADE** | A | GLASS | | FRAME | | STANDARD | |
| **AGE** | **SPRINKLER** | INSULATED | | INSULATED | | | | STANDARD | | STANDARD | | | |

| **H.V.A.C.** | | | | FLOORS | B | 1 | 2 | 3 | U | PARTITIONS | B | 1 | 2 | 3 | U | INTERIOR FINISH | B | 1 | 2 | 3 | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Electric | | Electric Wall | | CONCRETE | | | | | | MASONRY | | | | | | UNFINISHED | | | | | |
| Forced Air Unit | | Hot Water | | WOOD | | | | | | WD STUD | | | | | | FINISH OPEN | | | | | |
| Hot Water, Rad | | Space/ Wall Furnace | | TILE A Q V T | | | | | | MTL STUD | | | | | | FINISH DIV | | | | | |
| Steam | | Warm & Cld Air | | CARPET | | | | | | **CEILINGS** | B | 1 | 2 | 3 | U | PANEL | | | | | |
| Ventilation | | Heat Pump | | ASPHALT | | | | | | ACCUT/PANEL | | | | | | PLASTER / DW | | | | | |
| Package Unit | | Ind TW Heat Pump | | GRAVEL | | | | | | PLASTER/DW | | | | | | BLOCK | | | | | |
| Hot & Cld Water | | Evaporated Cool | | DIRT | | | | | | SUSP/OPEN | | | | | | GLAZED TILE | | | | | |
| Floor Furnace | | Co-Ray-Vac | | STANDARD | | | | | | STANDARD | | | | | | STANDARD | | | | | |
| Complete HVAC | | No Heat | | **PLUMBING** | | | A | | | | A | LIGHTING | | | A | | | | | | A |
| Refrig. Cooling | | Standard | | NO PLUMBING | | | | EXTRA FIXTURES | | | | FLUORESCENT | | | | METAL HALIDE | | | | | |
| | | | | 2 FIXTURE BATH | | | | STANDARD | | | | SODIUM VAP | | | | STANDARD | | | | | |
| **YARD ITEMS** | | | | 3 FIXTURE BATH | | | | | | | | MERCURY VAP | | | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 901.030:Fence: Chain link, metal o | | | | 1 | | 240 | 1988 | | A | A | 8.00 | 1,920 | 34 | 0 | 0 | 1,270 |
| B | 901.001:Paving: Asphalt | | | | 1 | 58,800 | | 1988 | | A | A | 2.00 | 117,600 | 50 | -30OTH | 0 | 76,440 |
| C | 901.002:Paving: Concrete | | | | 1 | 1,300 | | 1988 | | A | A | 3.00 | 3,900 | 50 | 0 | 0 | 1,950 |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 670.999:Office | | | | 1 | | | 1988 | 2004 | A | | .00 | 0 | 0 | 0 | 0 | 0 |
| 1 | 650.000:School | C | | | 2 | 13,446 | | 1988 | 2004S | A | A | 64.00 | 1,721,090 | 22 | -30(OTH) | 0 | 1,745,190 |
| 2 | 499.055:Porch: Open Brick | | | 3 X 28 | 1 | 84 | | 1988 | | A | A | 13.00 | 1,090 | 22 | 0 | 0 | 850 |
| 3 | 650.000:2ND FLOOR OVER PORCH | C | | 3 X 28 | 1 | 84 | | 1988 | 2004S | A | A | 64.00 | 5,380 | 22 | 0 | 0 | 4,200 |

AMENITY TOTAL                                                                                              0
                                                                                    TOTAL IMPR   1,829,900

**COMMENTS**

07-11934-001                            Printed: 12/29/2021 13:01                            E.J. Conn, Jefferson