IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| | ) | Case No. 2:22-cv-2653 |
| v. | ) ) | Chief Judge Algenon L. Marbley |
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) ) ) | Magistrate Judge Chelsey M. Vascura |
| *Defendant*. | ) ) | |

**Praecipe to Issue Notice of Proceeding for Attachment**

To the Clerk of the Court:

    As provided in Ohio Rev. Code § 2715.041, please issue to Defendant, Eastern Gateway Community College ("EGCC"), in duplicate, a notice of proceeding for attachment, in substantially the form set forth in **Attachment A**, as section 2715.041(A) prescribes. The hearing date to be filled in should be not less than seven business days after EGCC is served, in accordance with Ohio Rev. Code § 2715.041(C), and not more than 20 days after the filing of this motion, in accordance with Ohio Rev. Code § 2715.043(A).

    Please also deliver to EGCC a request-for-hearing form with a postage-paid, self-addressed envelope or postcard, in accordance with Ohio Rev. Code § 2715.041(B). **Attachment B** sets forth the request-for-hearing form the statute prescribes.

Dated:  June 5, 2024              Respectfully submitted,

/s/ Robert C. Folland
C. David Paragas (0043908)
Robert C. Folland (0065728) (Trial Attorney)
David M. DeVillers (0059456)
Michelle M. Nicholson (0099833)
Jeff A. Bartolozzi (0095664)
BARNES & THORNBURG LLP
41 S. High Street, Ste. 3300
Columbus, Ohio 43215-6104
Telephone: (614) 628-1401
David.Paragas@btlaw.com

*Attorneys for Plaintiff Student Resource Center, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024, a copy of forgoing was filed electronically via the Court's CM/ECF filing system and served on all counsel of record.

<u>*/s/ Robert C. Folland*</u>

Robert C. Folland