IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) | CASE NO. 2:22-CV-2653 |
| | ) | |
| *Plaintiff*, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| EASTERN GATEWAY COMMUNITY | ) | |
| COLLEGE. | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT'S NOTICE OF FILING BRAITHWAITE DEPOSITION EXHIBITS AND NOTICE OF INTENT TO FILE ADDITIONAL BRAITHWAITE DEPOSITION EXHIBITS IN CONNECTION WITH SUMMARY JUDGMENT BRIEFING**

Defendant, Eastern Gateway Community College ("EGCC") by and through undersigned counsel, hereby gives notice of its filing of Exhibits A, B, G, I, J, L, N and O from the February 13, 2024 deposition of corporate representative Phillip Braithwaite, the transcript of which was previously filed with the Court at ECF No. 90-1, in connection with summary judgment briefing in this matter. These exhibits are separately attached to this notice.

Pursuant to ¶ 8 of the parties' Stipulated Protective Order, EGCC also provides notice of its intent to file Exhibits Q, R, S, T, U and V (marked as Attorneys Eyes Only) so that Plaintiff may have the opportunity to submit a motion to file these exhibits under seal within seven (7) days. If a motion to seal is not filed, EGCC will supplement this filing with the referenced Exhibits Q, R, S, T, U and V.[1]

---

[1] Exhibit G, the Master Service Agreement with William Woods University, is marked Attorneys Eyes Only. SRC's motion to file this exhibit under seal was denied (ECF No. 93) and is also filed at ECF No. 96-1.

Respectfully submitted,

*/s/ Adam D. Fuller*
Justin M. Alaburda (#0082139)
Victoria L. Ferrise (#0085012)
Adam D. Fuller (#0076431)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
Ph: (330) 253-5060 / Fax: (330) 253-1977
jmalaburda@bmdllc.com
vlferrise@bmdllc.com
adfuller@bmdllc.com

Marlon A. Primes (#0043982)
BRENNAN, MANNA & DIAMOND, LLC
200 Public Square
Suite 3270
Cleveland, OH 44114
Ph: (216) 658-2155 / Fax: (216) 658-2156
maprimes@bmdllc.com
*Special Counsel for Plaintiff Eastern Gateway Community College*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Adam D. Fuller
*Special Counsel for Plaintiff*

4870-7131-4887, v. 1

2