| Form **LLC-5.5** | Illinois Limited Liability Company Act Articles of Organization | FILE # 12938845 |
|---|---|---|
| Secretary of State Alexi Giannoulias Department of Business Services Limited Liability Division www.ilsos.gov | Filing Fee: $150<br>Approved By: MME | FILED<br>MAR 07 2023<br>Alexi Giannoulias<br>Secretary of State |

1. Limited Liability Company Name: EDVANCE, LLC

2. Address of Principal Place of Business where records of the company will be kept:
   2833 THAYER STREET
   EVANSTON, IL 60201-1362

3. The Limited Liability Company has one or more members on the filing date.

4. Registered Agent's Name and Registered Office Address:

   DOUG SWANSON
   137 N OAK PARK AVE STE 320
   OAK PARK, IL 60301-1339

5. Purpose for which the Limited Liability Company is organized:
   "The transaction of any or all lawful business for which Limited Liability Companies may be organized under this Act."

6. The LLC is to have perpetual existence.

7. Name and business addresses of all the managers and any member having the authority of manager:

   HOISINGTON HUTCHINSON, ANNE C.
   2833 THAYER STREET
   EVANSTON, IL 60201

8. **Name and Address of Organizer**
   I affirm, under penalties of perjury, having authority to sign hereto, that these Articles of Organization are to the best of my knowledge and belief, true, correct and complete.

   Dated: MARCH 07, 2023      ANNE C. HOISINGTON HUTCHINSON
                              2833 THAYER STREET
                              EVANSTON, IL 60201

This document was generated electronically at www.ilsos.gov


DEFENDANT'S EXHIBIT B