**From:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**To:** Cecilia Retelle Zywicki <cecilia@student-resource.org>
**Cc:** Aimee Leishure <aleishure@student-resource.org>
**Subject:** RE: Spring enrollment concerns
**Date:** Fri, 28 Oct 2022 14:27:31 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Thanks- besides the personnel issue, which I will leave for you to manage, let's root cause and/or audit how this came to be in the first place...this is just putting out wrong info to our students, which is not the student experience any of us want that gets potentially compounded by the EGCC legal matter). Are we confident this is limited to this single employee? Are we auditing employee-student communications so we know what's being shared is up to date and accurate?

**From:** Cecilia Retelle Zywicki <cecilia@student-resource.org>
**Sent:** Thursday, October 27, 2022 10:50 PM
**To:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Cc:** Aimee Leishure <aleishure@student-resource.org>
**Subject:** Re: Spring enrollment concerns

Hello,

Wanted to give you an update regarding the email directing the student to CSU rather than to EGCC.

Though she has been given the correct information, Emily Green has sent the same incorrect information via Genesys email to at least two students. Carrie reached out to her multiple times today (and earlier this week) without acknowledgement or response.

With her lack of responsiveness, we are concerned that she has turned on an automated message that is sending out the email via Genesys. Until she responds to Carrie, we asked Michael to turn off her email in Genesys. (copy of this email below) Michael responded immediately and was very helpful.

In addition, Michael is assisting Carrie with pulling all emails that Emily has sent this week via Genesys. Once we know how widespread the issue is we will determine an appropriate next step and communication plan for the impacted students.

As recent as October 12th, Emily was given a formal verbal warning for not being logged in or responding in a timely manner. When I landed in Denver (about 2:00 MT), Carrie looked up her recent logged in time—last Friday she logged off at 2:00 without reason. She been unresponsive to multiple slack and email messages this week that included the EGCC updates along with other items. Carrie reached out to Wes to figure out how to handle.

Finally, we scheduled a SSC team meeting for tomorrow morning immediately before our ExTeam call. I will review the information that we have sent out this week to ensure there are no outstanding questions or confusion. After that call, I should be able to give you an update on the ExTeam call.

Thank you,
Cecilia

**CECILIA RETELLE ZYWICKI**

DEFENDANT'S EXHIBIT
I
DR 2/13/24

SRC_000000956

COO & Chief of Staff

(917) 728-2930
cecilia@student-resource.org
Schedule Time

*I'm sending this at a time that works for me.*
*Please only reply at a time that works for you.*

**From:** Carrie Schwalm <carrie@student-resource.org>
**Date:** Thursday, October 27, 2022 at 2:17 PM
**To:** Michael Goldfarb <mgoldfarb@student-resource.org>, Wesley Hudson <whudson@student-resource.org>, Cecilia Retelle Zywicki <cecilia@student-resource.org>
**Subject:** Emily's email in Genesys

Hi Michael,

I need you to turn off Emily Green's email in Genesys until her and I can speak. She has been unresponsive to my communications and she is sending out inaccurate information to students this entire week.

All the best,

**CARRIE SCHWALM**

---

**From:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Date:** Thursday, October 27, 2022 at 11:50 AM
**To:** Cecilia Retelle Zywicki <cecilia@student-resource.org>
**Cc:** Aimee Leishure <aleishure@student-resource.org>
**Subject:** FW: Spring enrollment concerns

Please see the last sentence of the email in the attachment re: directing a student to CSU.

Please research this so we can understand the context and how/why this happened...hoping it's just a one off.

**From:** Robert Roeschenthaler <RRoeschenthaler@egcc.edu>
**Sent:** Thursday, October 27, 2022 12:47 PM
**To:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Cc:** Christina Wanat <cwanat@egcc.edu>; Michael Geoghegan <MGeoghegan@egcc.edu>
**Subject:** Re: Spring enrollment concerns

Mr. Braithwaite,

Please let us know when to expect a response from your counsel. Attached is a specific example as requested.

Thank You,
Bob Roeschenthaler
Senior Vice President and Chief Operations Officer
Eastern Gateway Community College
Pugliese Center
110 John Scott Highway
Steubenville, Ohio 43952
Phone: (740) 264-5591 Ext.1726

SRC_000000957

rroeschenthaler@egcc.edu
EGCC.edu
Book an appointment with me



America's 21ST CENTURY Workforce Starts Here

---

**From:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Date:** Thursday, October 27, 2022 at 11:30 AM
**To:** Robert Roeschenthaler <RRoeschenthaler@egcc.edu>
**Cc:** Michael Geoghegan <MGeoghegan@egcc.edu>, Christina Wanat <cwanat@egcc.edu>
**Subject:** RE: Spring enrollment concerns

Bob, we will respond through our counsel. Your claim that SRC is directing students to CSU is false. If you have specific examples that you can provide, please let me know and we will review and/or correct as appropriate.

PB


**From:** Robert Roeschenthaler <RRoeschenthaler@egcc.edu>
**Sent:** Wednesday, October 26, 2022 4:38 PM
**To:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Cc:** Michael Geoghegan <MGeoghegan@egcc.edu>; Christina Wanat <cwanat@egcc.edu>
**Subject:** Spring enrollment concerns

Mr. Braithwaite,
We are getting feedback from numerous students attempting to register through SRC that they are receiving a notification that "Due to a directive from the Department of Education, enrollment in the Free College Benefit program is currently paused. We apologize for the inconvenience." As you know this is not true, this shows why it is important for us to collaborate and have consistent messaging to students seeking to enroll in the program. This needs to be correctly immediately. Additionally, it seems that students are being directed to Central State rather than EGCC. During our discussion on Monday, we talked about how to facilitate the enrollment of new students in the Free College program. As discussed, we need to be able to get new students enrolled as quickly as possible. We asked you to get back to us on whether we could use the proposed FAQs with EGCC's 1800 number so that we could open enrollment to new students on Tuesday (Oct. 25th). We did not hear back from you so we only opened enrollment for returning/continuing students and did not post the new student FAQs on Tuesday.

On Tuesday, we asked you to get back to us by 8am today on how you propose to work together on enrolling new students, whether there were any issues with the FAQs, forwarding prospective new students to your admissions counselors and moving your advisors to our appointment program. Again, we did not hear back. Since we cannot further delay opening up enrollment for new students, we have posted the proposed FAQs with the EGCC 1800 number this afternoon.

If you have an issue with the plan we discussed Monday and/or the FAQs, please let us know immediately. If we do not hear from you, we will assume you do not have an issue with what has been discussed so far. Any new students enrolling who would traditionally part of the Collaboration will be tracked and/or forwarded to your admissions counselors for intake if requested.

SRC_000000958

Please also let us know if you are able to reach out to the unions to put the Free College information back online and get the websites back up to promote enrollment in the program. We can work with you on appropriate language for the websites.

Thank You,
Bob Roeschenthaler
Senior Vice President and Chief Operations Officer
Eastern Gateway Community College
Pugliese Center
110 John Scott Highway
Steubenville, Ohio 43952
Phone: (740) 264-5591 Ext.1726
rroeschenthaler@egcc.edu
EGCC.edu
Book an appointment with me

