**From:** "Effross, Hope [MB]" &lt;HEffross@neamb.com&gt;
**To:** Peter Schatschneider &lt;pete@student-resource.org&gt;, Phillip Braithwaite &lt;pbraithwaite@student-resource.org&gt;
**Cc:** "Bhattacharya, Moumita [MB]" &lt;MBhattacharya@neamb.com&gt;
**Subject:** RE: SEIU Member Question
**Date:** Fri, 24 Mar 2023 17:59:51 +0000
**Importance:** Normal
**Inline-Images:** image001.jpg

---

Thank you Peter.

**Hope A. Effross | Sr. Marketing Specialist**
**NEA Member Benefits**
900 Clopper Road, Suite 300 | Gaithersburg, MD 20878-1356
Office: 301-527-2196 | Fax: 301-956-1907

**From:** Peter Schatschneider &lt;pete@student-resource.org&gt;
**Sent:** Friday, March 24, 2023 1:59 PM
**To:** Effross, Hope [MB] &lt;HEffross@neamb.com&gt;; Phillip Braithwaite &lt;pbraithwaite@student-resource.org&gt;
**Cc:** Bhattacharya, Moumita [MB] &lt;MBhattacharya@neamb.com&gt;
**Subject:** RE: SEIU Member Question

Hello Hope,

Thank you for the feedback on the new program – hopefully we can work together to roll this out to members soon!

I will get you a response on the member question below asap.

Many Thanks,

**Pete Schatschneider**
SVP, Marketing
Student Resource Center
pete@student-resource.org
813.416.1434





**From:** Effross, Hope [MB] &lt;HEffross@neamb.com&gt;
**Sent:** Friday, March 24, 2023 1:53 PM
**To:** Peter Schatschneider &lt;pete@student-resource.org&gt;; Phillip Braithwaite &lt;pbraithwaite@student-resource.org&gt;
**Cc:** Bhattacharya, Moumita [MB] &lt;MBhattacharya@neamb.com&gt;
**Subject:** SEIU Member Question

Hi Peter and Philip.

Thank you for taking the time to go over everything with us. The new program is exciting and seems to provide a great option in lieu of the old "Free" program.

On another note, we got an email today from SEIU who received a question from a member enrolled in the Free College program. She's been enrolled in EGCC for the last three years and has been a member and an employee of one of their state agencies for 17 years. She was recently transferred to another agency that is currently not represented by the union. She only has two classes left. What can she do now? Are there options for her?

Can you provide us with some guidance on how to assist SEIU and this member?

Thank you

**Hope A. Effross | Sr. Marketing Specialist**
**NEA Member Benefits**
900 Clopper Road, Suite 300 | Gaithersburg, MD 20878-1356
Office: 301-527-2196 | Fax: 301-956-1907

*Only the individual sender is responsible for the content of this message, and the message does not necessarily reflect the position or policy of the National Education Association or NEA Member Benefits.*

SRC_000064686