**From:** "Phillip Braithwaite" <pbraithwaite@student-resource.org>
**To:** "Peter Schatschneider" <pete@student-resource.org>
**Subject:** RE: EGCC Spring Enrollment Update
**Date:** Fri, 28 Oct 2022 14:06:44 -0000
**Importance:** Normal
**Inline-Images:** image001.jpg; image002.jpg

---

We have different reasons than his for a disclaimer. Let's discuss

**From:** Peter Schatschneider <pete@student-resource.org>
**Sent:** Friday, October 28, 2022 8:24 AM
**To:** Phillip Braithwaite <pbraithwaite@student-resource.org>
**Subject:** FW: EGCC Spring Enrollment Update

GM PB!

Reaction to Steve's comments on SRC disclaimer below?

**Pete Schatschneider**
SVP, Marketing
Student Resource Center
pete@student-resource.org
813.416.1434



**From:** Steve Kreisberg <SKreisberg@afscme.org>
**Sent:** Thursday, October 27, 2022 8:51 PM
**To:** Peter Schatschneider <pete@student-resource.org>; Genevieve Marcus <GMarcus@afscme.org>
**Cc:** Mitch Stevens <MStevens@unionprivilege.org>; Phillip Braithwaite <pbraithwaite@student-resource.org>
**Subject:** Re: EGCC Spring Enrollment Update

Pete - We have updated our page and we decided we will not discuss potential financial liability for students as we believe that is not possible. If any party is ultimately liable for payment of tuition, it is either EGCC or SRC in accordance with contractual commitments. The student will never be liable.

Your message is unnecessarily provocative in that regard, and we request you avoid creating more confusion. Accordingly, please do not post that



SRC_000004974

message. It's better that you say nothing than create confusion.

Steve Kreisberg

On Oct 27, 2022, at 2:49 PM, Peter Schatschneider <pete@student-resource.org> wrote:

Hello Steve & Genevieve,

As discussed with Steve on Monday and as I am certain you are all aware, on Friday, October 21st, Eastern Gateway was granted a preliminary injunction against the U.S. Department of Education's cease-and-desist action which prohibited new students from enrolling in the program and left current students unclear as to whether they could maintain their enrollment at EGCC under the Free College Benefit.

With this ruling, EGCC has indicated it intends to open spring registration for students on Tuesday, October 25th.

You can read the full press release here if you have not already done so:https://egcc.edu/press-release/

As discussed with Steve on Monday, while this is temporary good news for existing students, AFSCME will not be actively promoting the program to new student prospects.

As part of this ruling and response, SRC is in the process of updating all active SRC hosted Microsites and subdomains with the following verbiage and adding the disclaimer to all our written and verbal communications with students:

- EGCC spring 2023 enrollment is currently open.
    - Students interested in enrolling at EGCC should work with EGCC to determine their enrollment options and be sure they fully understand potential their future enrollment status and financial liability. EGCC is responsible for determining whether the Free College Benefit program is Title IV compliant.

I noticed that the https://www.afscme.org/college page still has the update from July 26th. Not sure if you want to update this page with this information or something similar.

Please let me know if you have any questions or concerns regarding these updates.

I will be sending a separate email to schedule time to go over the details for the new academic partner spring pilot program shortly.

Looking forward to working together on this exciting initiative.

Many Thanks,

**Pete Schatschneider**
SVP, Marketing
Student Resource Center
pete@student-resource.org
813.416.1434

SRC_000004975



Steven Kreisberg

**From:** Peter Schatschneider <pete@student-resource.org>
**Sent:** Thursday, October 27, 2022 2:49 PM
**To:** Steve Kreisberg <SKreisberg@afscme.org>; Genevieve Marcus <GMarcus@afscme.org>
**Subject:** [EXTERNAL] EGCC Spring Enrollment Update

Hello Steve & Genevieve,

As discussed with Steve on Monday and as I am certain you are all aware, on Friday, October 21st, Eastern Gateway was granted a preliminary injunction against the U.S. Department of Education's cease-and-desist action which prohibited new students from enrolling in the program and left current students unclear as to whether they could maintain their enrollment at EGCC under the Free College Benefit.

With this ruling, EGCC has indicated it intends to open spring registration for students on Tuesday, October 25th.

You can read the full press release here if you have not already done so: https://egcc.edu/press-release/

As discussed with Steve on Monday, while this is temporary good news for existing students, AFSCME will not be actively promoting the program to new student prospects.

As part of this ruling and response, SRC is in the process of updating all active SRC hosted Microsites and subdomains with the following verbiage and adding the disclaimer to all our written and verbal communications with students:

- EGCC spring 2023 enrollment is currently open.
  - Students interested in enrolling at EGCC should work with EGCC to determine their enrollment options and be sure they fully understand potential their future enrollment status and financial liability. EGCC is responsible for determining whether the Free College Benefit program is Title IV compliant.

I noticed that the https://www.afscme.org/college page still has the update from July 26th. Not sure if you want to update this page with this information or something similar.

Please let me know if you have any questions or concerns regarding these updates.

I will be sending a separate email to schedule time to go over the details for the new academic partner spring pilot program shortly.

Looking forward to working together on this exciting initiative.

Many Thanks,

**Pete Schatschneider**
SVP, Marketing

Student Resource Center
pete@student-resource.org
813.416.1434



SRC_000004977