IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | ) | CASE NO. 2:22-CV-2653 |
| | ) | |
| *Plaintiff*, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE CHELSEY M. |
| | ) | VASCURA |
| EASTERN GATEWAY COMMUNITY | ) | |
| COLLEGE. | ) | |
| | ) | |
| *Defendant*. | ) | |

**DEFENDANT'S NOTICE OF FILING LEISHURE DEPOSITION EXHIBITS IN CONNECTION WITH SUMMARY JUDGMENT BRIEFING**

Defendant, Eastern Gateway Community College ("EGCC") by and through undersigned counsel, hereby gives notice of its filing of Exhibits X, Z and CC from the February 13, 2024 deposition of corporate representative Aimee Leishure, the transcript of which was previously filed with the Court at ECF No. 90-11, in connection with summary judgment briefing in this matter. These exhibits are separately attached to this notice.

Respectfully submitted,

*/s/ Adam D. Fuller*
Justin M. Alaburda (#0082139)
Victoria L. Ferrise (#0085012)
Adam D. Fuller (#0076431)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
Ph: (330) 253-5060 / Fax: (330) 253-1977
jmalaburda@bmdllc.com
vlferrise@bmdllc.com
adfuller@bmdllc.com

        Marlon A. Primes (#0043982)
        BRENNAN, MANNA & DIAMOND, LLC
        200 Public Square
        Suite 3270
        Cleveland, OH 44114
        Ph: (216) 658-2155 / Fax: (216) 658-2156
        maprimes@bmdllc.com
        *Special Counsel for Plaintiff Eastern Gateway Community College*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of June, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Adam D. Fuller
        *Special Counsel for Plaintiff*

4871-8379-1303, v. 1