**From:** Michael Geoghegan <MGeoghegan@egcc.edu>
**To:** Aimee Leishure <aleishure@student-resource.org>
**Subject:** Re: EGCC Collaboration Reimbursement Request and Profit Share Request - August 25, 2022
**Date:** Fri, 26 Aug 2022 17:09:45 +0000
**Importance:** Normal
**Inline-Images:** Outlook-vljbivql.png

---

Aimee - There is no collaboration budget for FY23, as required by the Agreement. You cannot invoice for profit share without such budget. In addition there is a cease and desist order from DOE on the Free College Benefit program. I trust you're not booking these profit share invoices as revenues.

Michael Geoghegan, MBA, CPA
President
Eastern Gateway Community College
110 John Scott Highway
Steubenville, OH 43952
(740) 266-9729

**From:** Aimee Leishure <aleishure@student-resource.org>
**Sent:** Thursday, August 25, 2022 7:50:16 PM
**To:** Michael Geoghegan <MGeoghegan@egcc.edu>
**Subject:** EGCC Collaboration Reimbursement Request and Profit Share Request - August 25, 2022

Dear President Geoghegan,

Please find attached two invoices which include expense reimbursements and a profit share request.  These are the second set of invoices for August 2022.

You will note that I have removed a number of the headcount and decreased the payroll allocation to 65% from the 78% you've seen in previous months. I will removed the accountant expense going forward. I wanted to highlight from your last email, that you receive no salary allocation for myself even though a high percentage of my time is spent on EGCC and the collaboration operations/results.

You also posed a question regarding marketing. Our marketing team is working with the unions on a daily basis to keep them updated and educated on the current operational situation of the collaboration and on the DOE communication. They have been focused on updating Union websites on behalf of the collaboration and have also coordinated union member communication for individuals.

Please let me know if you have any questions.

Respectfully yours,
Aimee Leishure



SRC_000001072

**Aimee Leishure**
Chief Financial Officer
Student Resource Center
410.350.4468



SRC_00001073