IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STUDENT RESOURCE CENTER, LLC, | Case No. 2:22-cv-2653 |
| *Plaintiff*, | Judge Algenon L. Marbley |
| v. | Magistrate Judge Chelsey M. Vascura |
| EASTERN GATEWAY COMMUNITY COLLEGE, | |
| *Defendant*. | |

## AGREED ORDER

Pursuant to the Motion for Approval of Sale ("Motion") (ECF No. 168) of Defendant Eastern Gateway Community College ("EGCC"), the agreement of Plaintiff Student Resource Center ("SRC") and good cause shown, the Court hereby grants EGCC's Motion.

It is, therefore, **ORDERED** and **DECREED** as follows:

1. EGCC may proceed with the proposed sale to The Steubenville City School District Board of Education ("BOE") of the real estate known for street numbering purposes as 110 John Scott Highway, Steubenville, OH 43952 containing a two (2) story commercial building and other improvements on approximately 3.701 acres of land and commonly known as the Pugliese Building ("Pugliese Building"), Jefferson County Auditor Parcel No. 07-11934-001 (the "Pugliese Parcel") and the real estate located adjacent to the Pugliese Parcel ("Adjacent Parcel") containing approximately 1.131 acres of land, together with any improvements thereon, Jefferson County Auditor Parcel No. 07-10454-000 (the Pugliese Parcel and the Adjacent Parcel are collectively referred to as the "Property") as more thoroughly described in the Purchase Agreement attached to EGCC's Motion at Exhibit 1 (the "Sale").

2. The Court's August 20, 2024 Order (ECF No. 145) granting SRC's Motion for Writ of Prejudgment Attachment is hereby modified to remove the reference to "the Pugliese Center,

located at 110 John Scott Highway, in Steubenville, Ohio" as real estate EGCC shall not transfer, move, sell or encumber pursuant to the prejudgment attachment.

3. The Court's September 27, 2024 Order of Prejudgment Attachment (ECF No. 149) is hereby modified to (a) remove the references to "The 'Pugliese Center' property, located at 110 John Scott Highway, Steubenville, Ohio, Parcel No. 07-11934-001, valued at $2,015,400, as legally described in the deed and property card, attached hereto as **EXHIBIT A** and made a part hereof" as real estate EGCC shall not transfer, move, sell or encumber pursuant to the prejudgment attachment and (b) discharge and remove the lien placed on the "Pugliese Center" property pursuant to the prejudgment attachment.

4. The Sheriff of Jefferson County, Ohio ("Sheriff"), as the levying officer in Jefferson County, Ohio, is hereby instructed to discharge and remove the lien on the Pugliese Center property in favor of SRC as security for the claims against EGCC asserted in this action.

5. The Recorder of Jefferson County, Ohio ("Recorder") shall record this Order as a release of lien on the "Pugliese Center" property, located at 110 John Scott Highway, in Steubenville, Ohio, Parcel No. 07-11934-001 and as legally described in the deed and property card attached as Exhibit A to this Agreed Order.

6. Pursuant to R.C. § 2715.26, EGCC shall cause the net proceeds it receives from the Sale to be escrowed with the Clerk of Court as a bond and security for SRC's claims asserted against EGCC in this action.

The Clerk of the Court is instructed to serve certified copies of this Agreed Order, and the exhibit attached hereto, upon counsel for all parties that have appeared in this action, and the following Jefferson County departments for execution and service upon any affected persons:

**Sheriff's Department**
Jefferson County Justice Center
16001 St. Rt. #7
Steubenville, OH 43952

**Recorder's Office**
Jefferson County Courthouse
301 Market Street, Room 101
Steubenville, OH 43952

**IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATE:  December 27, 2024

Agreed to:

Dated:  December 27, 2024

| | |
|---|---|
| _/s/ Robert C. Folland_ | _/s/ Adam D. Fuller_ |
| Robert C. Folland (0065728) | Adam D. Fuller (#0076431) |
| C. David Paragas (0043908) | Justin M. Alaburda (#0082139) |
| David M. DeVillers (0059456) | Victoria L. Ferrise (#0085012) |
| Jeff A. Bartolozzi (0095664) | BRENNAN, MANNA & DIAMOND, LLC |
| BARNES & THORNBURG LLP | 75 East Market Street |
| 41 S. High Street, Ste. 3300 | Akron, OH 44308 |
| Columbus, Ohio 43215-6104 | Telephone: (330) 253-5060 |
| Telephone: (614) 628-1401 | adfuller@bmdllc.com |
| Rob.Folland@btlaw.com | |
| | Marlon A. Primes (#0043982) |
| _Attorneys for Plaintiff Student Resource Center, LLC_ | BRENNAN, MANNA & DIAMOND, LLC |
| | 200 Public Square Suite 1850 |
| | Cleveland, OH 44114 |
| | |
| | _Special Counsel for Defendant Eastern Gateway Community College_ |

4925-7084-9801, v. 1