# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| STUDENT RESOURCE CENTER, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-2653 |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| EASTERN GATEWAY COMMUNITY COLLEGE, | : | |
| | : | |
| Defendant. | : | |

## COURTROOM MINUTES

Oral Argument on Motion for Summary Judgment
Friday, December 27, 2024, at 10:00 a.m.
before District Judge Algenon L. Marbley

| | |
|---|---|
| Counsel for Plaintiff Student Resource Center, LLC: | Jeffrey A. Bartolozzi<br>David M. DeVillers<br>Robert C. Folland |
| Counsel for Defendant Eastern Gateway Community College: | Adam D. Fuller |
| Court Reporter: | Shawna Evans |
| Courtroom Deputy: | Diane Stash |

Mr. DeVillers, Mr. Fuller, and Mr. Bartolozzi presented oral argument and responded to questions from the Court relating to Plaintiff's Motion for Summary Judgment.

The Court indicated that a written decision will be forthcoming and that further briefing is not needed.  The hearing concluded at 11:15 a.m.