**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justin W. Ristau
Bricker Gray Don LLP
100 S. Third Street
Columbus, OH 43215

2. Article Number
(Transfer from service label)

7009 2820 0003 5798 5944

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

22-2653 ALM

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN 10 2025 2:21

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO COLUMBUS

OFFICE OF THE CLERK
U.S. DISTRICT COURT
JOSEPH P. KINNEARY U.S. COURTHOUSE
85 MARCONI BLVD. SUITE 121
COLUMBUS, OH 43215

**ALERT: SEVERE WEATHER AND EMERGENCY EVENTS ACROSS THE U.S. MAY DELAY FINAL D…**

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

# 70092820000357985944

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivery Attempt
**Reminder to Schedule Redelivery of your item**

January 7, 2025

### Available for Pickup

WEST CITY
850 TWIN RIVERS DR
COLUMBUS OH 43216-9532
M-F 0800-1900; SAT 0800-1400
January 2, 2025, 12:57 pm

**See All Tracking History**

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| **Text & Email Updates** | ⌄ |

| **USPS Tracking Plus®** | ⌄ |

Case: 2:22-cv-02653-ALM-CMV Doc #: 179 Filed: 01/10/25 Page: 4 of 4 PAGEID #: 5035

**Product Information**

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**