| 8 | 9 | 10 | 11 | 12 | 13 (A1) | 14 (A2) |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |

| 15 | 23 | 31 | 39 | 47 | 55 |
|---|---|---|---|---|---|
| 16 | 24 | 32 | 40 | 48 | 56 |
| 17 | 25 | 33 | 41 | 49 | 57 |
| 18 | 26 | 34 | 42 | 50 | 58 |

| 19 | 27 | 35 | 43 | 51 | 59 |
|---|---|---|---|---|---|
| 20 | 28 | 36 | 44 | 52 | 60 |
| 21 | 29 | 37 | 45 | 53 |  |
| 22 | 30 | 38 | 46 | 54 |  |

EXHIBIT A