# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **STUDENT RESOURCE CENTER, LLC** | ) CASE NO. 2:22-cv-02653-ALM-CMV |
| **Plaintiff,** | ) |
| v. | ) Chief Judge Algenon L. Marbley |
| | ) Magistrate Judge Chelsey M. Vascura |
| **EASTERN GATEWAY COMMUNITY COLLEGE** | ) |
| | ) **JOINT MOTION FOR DISMISSAL AND** |
| | ) **PREJUDGMENT ATTACHMENT** |
| **Defendants.** | ) **RELEASE** |

Plaintiff Student Resource Center ("SRC") and Defendant Eastern Gateway Community College ("EGCC"), by and through the undersigned counsel, hereby notify the Court that they have agreed to resolve the disputes between them and, pursuant to Civ. R. 41(a) and (c), respectfully request an Order from the Court dismissing all claims and counterclaims in this action with prejudice, each party to bear its own costs, vacating all prior court orders granting any prejudgment attachments and releasing and discharging all prejudgment attachments. A proposed Agreed Order of Dismissal and Prejudgment Attachment Release is attached.

Respectfully submitted by:

| | |
|---|---|
| */s/ Robert S. Folland* | */s/ Adam D. Fuller* |
| Robert C. Folland (0065728) | Adam D. Fuller (#0076431) |
| C. David Paragas (0043908) | Justin M. Alaburda (#0082139) |
| David M. DeVillers (0059456) | Victoria L. Ferrise (#0085012) |
| Jeff A. Bartolozzi (0095664) | BRENNAN, MANNA & DIAMOND, LLC |
| BARNES & THORNBURG LLP | 75 East Market Street |
| 41 S. High Street, Ste. 3300 | Akron, OH 44308 |
| Columbus, Ohio 43215-6104 | Telephone: (330) 253-5060 |
| Telephone: (614) 628-1401 | adfuller@bmdllc.com |
| Rob.Folland@btlaw.com | |
| | Marlon A. Primes (#0043982) |
| *Attorneys for Plaintiff Student Resource Center, LLC* | BRENNAN, MANNA & DIAMOND, LLC |
| | 200 Public Square Suite 1850 |
| | Cleveland, OH 44114 |
| | |
| | *Special Counsel for Defendant Eastern Gateway Community College* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2025, the foregoing Motion was filed electronically with the Court. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Adam D. Fuller*
Adam D. Fuller (#0076431)
*Special Counsel for Defendant*
*Eastern Gateway Community College*

4932-4307-8918, v. 1