IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| STUDENT RESOURCE CENTER, LLC, | Case No. 2:22-cv-2653 |
| Plaintiff, | Chief Judge Algenon L. Marbley |
| v. | Magistrate Judge Chelsey M. Vascura |
| EASTERN GATEWAY COMMUNITY COLLEGE, | |
| Defendant. | |

## AGREED ORDER OF DISMISSAL AND PREJUDGMENT ATTACHMENT RELEASE

Pursuant to the Joint Motion for Order of Dismissal and Prejudgment Attachment Release ("Motion") (ECF No. 184) of Plaintiff Student Resource Center ("SRC") and Defendant Eastern Gateway Community College ("EGCC"), the Court hereby grants EGCC's Motion.

It is, therefore, **ORDERED** and **DECREED** as follows:

1. Pursuant to the agreement of SRC and EGCC, all claims and counterclaims in this action are hereby dismissed with prejudice with each party bearing its own costs and expenses.

2. All prejudgment attachments issued by this Court are hereby vacated, released and discharged.

3. The Court's August 20, 2024 Order (ECF No. 145) granting SRC's Motion for Writ of Prejudgment Attachment is hereby **VACATED**.

4. The Court's September 27, 2024 Order of Prejudgment Attachment (ECF No. 149) is hereby **VACATED**.

5. The Sheriff of Jefferson County, Ohio ("Sheriff"), as the levying officer in Jefferson County, Ohio, is hereby instructed to discharge and remove any and all the liens created by this Court's prior orders, specifically including any remaining liens on the following real property and related assets:

    a.    The "Pugliese Center" property, located at 110 John Scott Highway, Steubenville, Ohio, Parcel No. 07-11934-001 as legally described in the deed and property card, attached hereto as **EXHIBIT A** and made a part hereof; and

    b.    The "Main Steubenville Campus" property, located at 4000 Sunset Blvd., Steubenville, Ohio, Parcel No. 08-01519-000 as legally described in the description and property card attached hereto as **EXHIBIT B** and made a part hereof.

5.    The Recorder of Jefferson County, Ohio ("Recorder") shall record this Order as a release of lien on both the above-referenced "Pugliese Center" property and "Main Steubenville Campus" property.

6.    The Clerk of the Court is instructed to serve certified copies of this Order, and the exhibits attached hereto, upon counsel for all parties that have appeared in this action, and the following Jefferson County departments:

**Sheriff's Department**
Jefferson County Justice Center
16001 St. Rt. #7
Steubenville, OH 43952

**Recorder's Office**
Jefferson County Courthouse
301 Market Street, Room 101
Steubenville, OH 43952

The Clerk of the Court is further instructed to transmit courtesy copies of this Order to the chambers of Judge Michelle G. Miller, as the presiding judge of related matters filed in the Court of Common Pleas for Jefferson County, Ohio.

    **IT IS SO ORDERED.**

                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**DATE:** _____

Agreed to:

Dated:  June 23, 2025

| | |
|---|---|
| */s/ Robert S. Folland* | */s/ Adam D. Fuller* |
| Robert C. Folland (0065728) | Adam D. Fuller (#0076431) |
| C. David Paragas (0043908) | Justin M. Alaburda (#0082139) |
| David M. DeVillers (0059456) | Victoria L. Ferrise (#0085012) |
| Jeff A. Bartolozzi (0095664) | BRENNAN, MANNA & DIAMOND, LLC |
| BARNES & THORNBURG LLP | 75 East Market Street |
| 41 S. High Street, Ste. 3300 | Akron, OH 44308 |
| Columbus, Ohio 43215-6104 | Telephone: (330) 253-5060 |
| Telephone: (614) 628-1401 | adfuller@bmdllc.com |
| Rob.Folland@btlaw.com | |
| | Marlon A. Primes (#0043982) |
| *Attorneys for Plaintiff Student Resource Center, LLC* | BRENNAN, MANNA & DIAMOND, LLC |
| | 200 Public Square Suite 1850 |
| | Cleveland, OH 44114 |
| | |
| | *Special Counsel for Defendant Eastern Gateway Community College* |

4925-7084-9801, v. 1