# EXHIBIT B

Situated in Section 12, Twp. 6, Range 2, Jefferson County, Ohio and being in the City of Steubenville:

PARCEL 1:

Beginning at the Northwesterly corner of said property as described above, thence with the northerly line thereof North 89 1/4° East 1370 feet, more or less, to the intersection of said line with the westerly right of way line, if extended, of the John Scott Memorial Highway, thence with said right of way line South 10°-30' West 1400 feet, more or less, thence along a curve to the left of 2070 foot radius a distance of 1973.2 feet, thence still with said right of way line South 41°-21' East 850 feet, more or less, thence North 48°-39' East 30 feet, thence South 41°-21' East 280 feet, thence along a curve to the right of 2815 foot radius a distance of 145 feet, thence leaving said right of way line South 41° West 314 feet, more or less, thence North 44° West 1452 feet; thence North 41° East 194.7 feet, thence North 34°-00' West 346.5 feet, thence North 21° West 891 feet, thence North 67° West 1023 feet, thence North 0°-30' East 1666.5 feet to the beginning. Containing 68.7 acres, more or less.

PARCEL 2:

Beginning at a point in the easterly line of said 153 acre tract, as described above, said point being South 12° West 1055 feet, more or less, from the northeasterly corner of said original tract, thence with the easterly line of said tract South 12° West 1123 feet, more or less, to a point in the northeasterly right of way line of the John Scott Memorial Highway, thence with said right of way line North 41°- 21' West 40 feet, thence North 48°-39' East 30 feet, thence North 41°-21' West 870 feet, more or less, thence along the arc of a curve to the right of 1910 foot radius a distance of 670 feet, more or less, to the southwesterly corner of the Children's Home tract, thence with the southerly line of said tract and the easterly extension of said line South 81°-19' East 1178.4 feet to the beginning. Containing 16.0 acres, more or less.

   Permanent Parcel Number:  08-01519-000

EXCEPTING AND RESERVING the following real property, more described as and recorded in Volume 155, Page 869 of the Official Records of Jefferson County:

PARCEL 1:

Beginning at a point on the northerly right of way line of Mall Drive, said point being distant the following courses and distances from a reference point on the westerly right of way line of John Scott Memorial Highway at station 18+05.06; by a curve to the left having a radius of 2070.00 feet and an arc distance of 44.10 feet (chord S. 10° 18' 01" E. 44.10 feet), by a curve to the right having a radius of 50.00 feet and an arc distance of 76.64 feet (chord S. 33° 00' 12" W. 69.36 feet), S. 76° 55' 02" W. 69.09 feet, by a curve to the left having a radius of 565.00 feet and arc distance of 28.88 feet (chord S. 75° 27' 10" W. 28.88 feet), thence from the principal place of beginning along line of lands of Huberta Mining Company N. 13° 00' 00" W. 476.49 feet to an iron pin; thence still along same N. 59° 04' 15" W. 1010.25 feet to an iron pin; thence along line of lands of the Hilltop Plan of Lots N. 08° 38' 54" E. 52.97 feet to an iron ping thence through lands of Jefferson County

Technical Institute S. 59° 04' 25" E. 191.81 feet to an iron pin; thence still through same S. 72° 31' 12" E. 948.49 feet to a point on the westerly right of way line of John Scott Memorial Highway; thence along the westerly right of way line of John Scott Memorial Highway by a curve to the left having a radius of 2070.00 feet and an arc distance of 528.86 feet (chord S. 02° 21' 25 E. 528.41 feet) to a point; thence still along same by a curve to the left having a radius of 2070.00 feet and an arc distance of 44.10 feet (chord S. 10° 18' 01" E. 44.10 feet) to a point at the intersection of John Scott Memorial Highway and Mall Drive; thence along the northerly line of Mall Drive by a curve to the right having a radius of 50.00 feet and an arc distance of 76.64 feet (chord S. 33° 00' 12" W. 69.36 feet) to a point; thence still along same S. 76° 55' 02" W. 69.09 feet to a point; thence still along same by a curve to the left having a radius of 565.00 feet and an arc distance of 28.88 feet (chord S. 75° 27' 10" W. 28.88 feet) to a point at the place of beginning. Containing a total area of 5.467 acres.

PARCEL 2:

Beginning at a point on the westerly right of way line of John Scott Memorial Highway, said point being distant N. 02° 21' 25" W. 528.41 feet from a reference point on the westerly right of way line of John Scott Memorial Highway at station 18+05.06; thence from the principal place of beginning through lands of Jefferson County Technical Institute N. 72° 31' 12" W. 582.89 feet to an iron pin; thence still through same N. 38° 40' 27" E. 111.60 feet to an iron pin; thence still through same S. 72° 31' 12" E. 116.00 feet to an iron pin; thence still through same N. 65° 05' 58" E. 164.60 feet to an iron pin; thence still through same S. 67° 43' 35" E. 272.70 feet to a point on the westerly right of way line of John Scott Memorial Highway; thence along the westerly right of way line of John Scott Memorial Highway by a curve to the left having a radius of 2070.00 feet and an arc distance of 195.13 feet (chord S. 07° 40' 35" W. 195.06 feet) to a point at the place of beginning. Containing a total area of 2.107 acres

PARCEL 3:

Beginning at a point on the southerly right of way line of Mall Drive at the dividing line of lands of Jefferson County Technical Institute and Huberta Mining Company, Inc., said point being distant the following courses and distances from a reference point on the westerly right of way line of John Scott Memorial Highway at Station 18+05.06 by a curve to the left having a radius of 2070.00 feet and an arc distance of 44.10 feet (chord S 10° 18' 01" E 44.10 feet), by a curve to the right having a radius of 50.00 feet and an arc distance of 76.64 feet (chord S 33° 00' 12" W 69.36 feet), S 76° 55' 02" W 69.09 feet, by a curve to the left having a radius of 565.00 feet and an arc distance of 28.88 feet (chord S 75° 27' 10" W 28.88 feet), S 13° 00' 00" E 60.09 feet, to said beginning point, thence along the southerly right of way line of Mall Drive in an easterly direction by a curve to the right having a radius of 505.00 feet and an arc distance of 28.97 feet (chord N 75° 16' 25" E 28.97 feet); thence still along same N 76° 55' 02" E 69.07 feet to a point; thence still along same by a curve to the right having a radius of 50.00 feet and an arc distance of 76.66 feet (chord S 59° 09' 34" E 69.37 feet); thence along the westerly right of way line of John Scott Memorial Highway by a curve to the left having a radius of 2070.00 feet and an arc distance of 510.71 feet (chord S 22° 18' 14" E 509.42); thence through lands of Jefferson County Technical Institute S 60° 37' 41" W 164.08 feet to a point; thence along lands of Huberta Mining Company,

Inc. N 30° 22' 00" W 244.52 feet; thence still along same N 13° 00' 00" W 362.67 feet to a point at the place of beginning. Containing a total area of 2.177 acres.

Business Name:          1 of 3
Property Address: 4000 SUNSET BV ,     DTE Code: 670

*08-01519-000*

STEUBEN CORP - FORT STEUBEN T
INDIAN CREEK LSD
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND    Acres:74.9490
74.949A MAP-08-28-01
SPLIT
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BOULEVARD
STEUBENVILLE, OH 43952

| Internal Use Only |
|---|
| 00106 |
| Map: |
| Block: |
| Card: |
| Bk:629   Pg:766 |

COMMENT
Requested   Reason    Description
Apr 23 2019 12:00AM   NC    5 BLDG PERMITS PULLED TOTALING $2255145
FIRE SUPPRESSION IN SERVER ROOM ; HVAC AND DUCTWORK ; ELECTRICAL
WORK ; EGCC RENOVATIONS AND CONSOLIDATION OF ALL STUDENT
SERVICES IN ONE LOCATION
JEFFERSON COMM COLLEGE,@100%
2019 NC INTERIOR RENOVATIONS - NVC, AJL 9/25/2019
18 ADDED MISSING BLDG ADD, INCREASED PAV SF.

| Sales Data | | | | | | | Date | |
|---|---|---|---|---|---|---|---|---|
| Date | Amount | Deed:Conv# | | Use | Valid | Lister: | DS | 05/28/18 |
| 08/02/1995 | 0 | : 826 | | 670 | ☐ | Pricer: | TR | 06/26/18 |
| | 0 | 0: : 0 | | | ☐ | Reviewer: | | |
| | | | | | ☐ | Final: | | |
| | | | | | ☐ | Call Back: | | |
| | | | | | ☐ | Visit: | | |

| VALUATION SUMMARY | | | | | |
|---|---|---|---|---|---|
| VALUE YEAR | | 2021 | 2019 | 2018 | 2015 |
| REASON FOR CHANGE | | TRI | MISC | RAPP | TRI |
| ESTIMATED MARKET VALUE | LAND | 1,638,730 | 1,638,730 | 1,638,730 | 1,624,500 |
| | IMPR | 11,028,080 | 11,028,080 | 11,028,080 | 10,959,700 |
| | TOTAL | 12,666,810 | 12,666,810 | 12,666,810 | 12,584,200 |
| ASSESSED VALUE | LAND | 573,560 | 573,560 | 573,560 | 568,580 |
| | IMPR | 3,859,830 | 3,859,830 | 3,859,830 | 3,835,900 |
| | TOTAL | 4,433,390 | 4,433,390 | 4,433,390 | 4,404,480 |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | ZONING |
|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ■ WATER ☐ | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER ☐ | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS ☐ | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ☐ ELECTRIC ☐ | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | |

| INFLUENCE FACTORS | | |
|---|---|---|
| A. TOPGRHY | F. VACANCY | J. EX FRONT |
| B. ACCESS | G. RESTRICT | R. REVAL |
| D. LOCATION | H. OTHER | |
| E. SZ/SHAPE | I. Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C | |
|---|---|---|---|---|---|---|---|---|---|
| A1:Primary | A:25 | | 50,000 | | | | 1,250,000 | 0 | |
| A2:Secondary | A:6.949 | | 25,000 | | | | 173,730 | 0 | |
| A3:Residual | A:43 | | 5,000 | | | | 215,000 | 0 | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals: | Total Acres 74.9490 | | | | | | 1,638,730 | 0 | 1,638,730 |

Appraisal Research Corporation      COM/IND/UTL/EXP
BF692(03189)      Printed: 12/29/2021 13:21 By: prc1      E.J. Conn, Jefferson

| | EX WALL | A | ROOFING | A | WINDOW | A | DOORS | A | FOUNDATION | A | FRAMING | A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STONE | | GABLE/HIP | | STORE FRT | | OVERHEAD | | SLAB | | PRE ENG | |
| CLASS/QUALITY RANK | BRICK | | SHED/FLAT | | CASEMENT | | | | CRAWL | | STEEL | |
| A) FP STRUCT. STEEL FRAME  1. BASIC | CON BLK | | CON DECK | | DBLH | | | | PILE/COL | | REINF CONC | |
| B) R.C. FRAME  2. FAIR | WD/MTL | | MTL DECK | | SLIDE BY | | | | REINFOR | | CB/MASON | |
| C) MASONRY BEARING WALLS  3. AVE | ENAM STL | | WD DECK | | CANOPY | A | | | STEEL | | FRAME | |
| D) WD OR STEEL FR EX. WALLS  4. GOOD | ALUM/VYL | | METAL | | LIGHTED | | STEEL INS | | BRICK | | POLE | |
| S) METAL  M) MILL  P) POLE  5. EXCEL | CON PANEL | | ASPH | | SOFFITS | | WOOD | | STONE | | TILT UP | |
| TOTAL AREA  PERIMETER  0 | PLATE GLS | | RUBBER | | C S W | | MTL | | CON BLK | | SANDWICH | |
| # STORIES  STORY HT | STUCCO | | BUILT UP | | FACADE | A | GLASS | | FRAME | | STANDARD | |
| AGE  SPRINKLER | INSULATED | | INSULATED | | | | STANDARD | | STANDARD | | | |
| H.V.A.C. | FLOORS | B 1 2 3 U | PARTITIONS | | | B 1 2 3 U | INTERIOR FINISH | | B 1 2 3 U | | | |
| Electric  Electric Wall | CONCRETE | | MASONRY | | | | UNFINISHED | | | | | |
| Forced Air Unit  Hot Water | WOOD | | WD STUD | | | | FINISH OPEN | | | | | |
| Hot Water, Rad  Space/ Wall Furnace | TILE A Q V T | | MTL STUD | | | | FINISH DIV | | | | | |
| Steam  Warm & Cld Air | CARPET | | CEILINGS | | | B 1 2 3 U | PANEL | | | | | |
| Ventilation  Heat Pump | ASPHALT | | ACCUT/PANEL | | | | PLASTER / DW | | | | | |
| Package Unit  Ind TW Heat Pump | GRAVEL | | PLASTER/DW | | | | BLOCK | | | | | |
| Hot & Cld Water  Evaporated Cool | DIRT | | SUSP/OPEN | | | | GLAZED TILE | | | | | |
| Floor Furnace  Co-Ray-Vac | STANDARD | | STANDARD | | | | STANDARD | | | | | |
| Complete HVAC  No Heat | PLUMBING | A | | | LIGHTING | | A | | | | A | |
| Refrig. Cooling  Standard | NO PLUMBING | | EXTRA FIXTURES | | FLUORESCENT | | METAL HALIDE | | | | | |
| | 2 FIXTURE BATH | | STANDARD | | SODIUM VAP | | STANDARD | | | | | |
| YARD ITEMS | 3 FIXTURE BATH | | | | MERCURY VAP | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 901.001:Paving: Asphalt | | | | 1 | 285,000 | | 1920 | 1992 | A | F | 2.00 | 570,000 | 50 | 0 | 0 | 285,000 |
| D | 499.065:Roof Shelter | | | 24 X 26 | 1 | 624 | | 2000 | | A | A | 11.00 | 6,860 | 18 | 0 | 0 | 5,630 |
| E | 499.033:Garage: Detached Frame/Blo | | | 60 X 80 | 1 | 4,800 | | 1990 | | F | A | 14.00 | 67,200 | 22 | 0 | 0 | 52,420 |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 650.000:SCHOOL | A | | | 3 | 6,674 | | | | A | N | N | .00 | 0 | 0 | 0 | 0 | 0 |
| 1 | 650.000:School | C | | | 2 | 36,239 | | 1966 | 2019A | G | A | 64.00 | 4,638,590 | 10(SPE) | 0 | 0 | 4,174,730 |
| 2 | 650.000:School | A | | | 3 | 1,334 | | 1966 | 2019A | G | A | 64.00 | 256,130 | 10(SPE) | 0 | 0 | 230,520 |
| 3 | 650.000:School | C | | | 1 | 7,332 | | 1966 | 2019A | G | A | 64.00 | 469,250 | 10(SPE) | 0 | 0 | 422,330 |
| 4 | 650.000:School | | | | 1 | 3,600 | | 1966 | 2019A | G | A | 64.00 | 230,400 | 10(SPE) | 0 | 0 | 207,360 |
| 5 | 650.000:School | C | | | 2 | 12,977 | | 1966 | 2019A | G | A | 64.00 | 1,661,060 | 10(SPE) | 0 | 0 | 1,494,950 |
| 6 | 650.000:School | C | | | 1 | 2,361 | | 1966 | 2019A | G | A | 64.00 | 151,100 | 10(SPE) | 0 | 0 | 135,990 |
| 7 | 650.000:School | C | | | 1 | 4,528 | | 1966 | 2019A | G | A | 64.00 | 289,790 | 10(SPE) | 0 | 0 | 260,810 |
| 8 | 650.000:School | C | | | 1 | 13,995 | | 1966 | 2019A | G | A | 64.00 | 895,680 | 10(SPE) | 0 | 0 | 806,110 |
| 9 | 670.999:1s BR | | | 12 X 103 | 1 | 1,236 | | | | A | N | .00 | 0 | 0 | 0 | 0 | 0 |
| AMENITY TOTAL | | | | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | TOTAL IMPR | | | | 11,028,080 |

**COMMENTS**

08-01519-000                                       Printed: 12/29/2021 13:21                                       E.J. Conn, Jefferson

Business Name:            2 of 3
Property Address: 4000 SUNSET BV ,      DTE Code: 670

*08-01519-000*

STEUBEN CORP - FORT STEUBEN T
INDIAN CREEK LSD
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND      Acres: 74.9490
74.949A MAP-08-28-01
SPLIT
**JEFFERSON COMM COLLEGE**
JEFFERSON COMM COLLEGE
4000 SUNSET BOULEVARD
STEUBENVILLE, OH 43952
COMMENT

Internal Use Only 00106
Map:
Block:
Card:
Bk: 629    Pg: 766

### Sales Data

| Date | Amount | Deed:Conv# | Use | Valid | Lister: | DS | Date 05/28/18 |
|---|---|---|---|---|---|---|---|
| 08/02/1995 | 0 | : 826 | 670 | ☐ | Pricer: | TR | 06/26/18 |
|  | 0 | 0: : 0 |  | ☐ | Reviewer: |  |  |
|  |  |  |  | ☐ | Final: |  |  |
|  |  |  |  | ☐ | Call Back: |  |  |
|  |  |  |  | ☐ | Visit: |  |  |

### VALUATION SUMMARY

| | | 2013 | 2011 | 2010 |
|---|---|---|---|---|
| VALUE YEAR | | | | |
| REASON FOR CHANGE | | MISC | MISC | MISC |
| ESTIMATED MARKET VALUE | LAND | 1,624,500 | 1,174,700 | 1,174,700 |
|  | IMPR | 10,947,600 | 10,947,600 | 10,531,800 |
|  | TOTAL | 12,572,100 | 12,122,300 | 11,706,500 |
| ASSESSED VALUE | LAND | 568,580 | 411,150 | 411,150 |
|  | IMPR | 3,831,660 | 3,831,660 | 3,686,130 |
|  | TOTAL | 4,400,240 | 4,242,810 | 4,097,280 |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | ZONING |
|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ■ WATER | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ☐ ELECTRIC | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | |

| INFLUENCE FACTORS | | |
|---|---|---|
| A. TOPGRHY | F. VACANCY | J. EX FRONT |
| B. ACCESS | G. RESTRICT | R. REVAL |
| D. LOCATION | H. OTHER | |
| E. SZ/SHAPE | I. Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Totals: | Total Acres 74.9490 |  |  |  | 1,638,730 | 0 | 1,638,730 |  |

Appraisal Research Corporation
BF692(03189)

COM/IND/UTL/EXP
Printed: 12/29/2021 13:21 By: prc1

E.J. Conn, Jefferson

| | | | | EX WALL | | ROOFING | | WINDOW | | DOORS | | FOUNDATION | | FRAMING | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | STONE | | GABLE/HIP | | STORE FRT | | OVERHEAD | | SLAB | | PRE ENG | |
| CLASS/QUALITY RANK | | | | BRICK | | SHED/FLAT | | CASEMENT | | | | CRAWL | | STEEL | |
| A) FP STRUCT. STEEL FRAME | | 1. BASIC | | CON BLK | | CON DECK | | DBLH | | | | PILE/COL | | REINF CONC | |
| B) R.C. FRAME | | 2. FAIR | | WD/MTL | | MTL DECK | | SLIDE BY | | | | REINFOR | | CB/MASON | |
| C) MASONRY BEARING WALLS | | 3. AVE | | ENAM STL | | WD DECK | | CANOPY | | | | STEEL | | FRAME | |
| D) WD OR STEEL FR EX. WALLS | | 4. GOOD | | ALUM/VYL | | METAL | | LIGHTED | | STEEL INS | | BRICK | | POLE | |
| S) METAL M) MILL P) POLE | | 5. EXCEL | | CON PANEL | | ASPH | | SOFFITS | | WOOD | | STONE | | TILT UP | |
| TOTAL AREA | | PERIMETER | | PLATE GLS | | RUBBER | | C S W | | MTL | | CON BLK | | SANDWICH | |
| # STORIES | | STORY HT | | STUCCO | | BUILT UP | | FACADE | | GLASS | | FRAME | | STANDARD | |
| AGE | | SPRINKLER | | INSULATED | | INSULATED | | | | STANDARD | | STANDARD | | | |
| H.V.A.C. | | | | FLOORS | B | 1 | 2 | 3 | U | PARTITIONS | B | 1 | 2 | 3 | U | INTERIOR FINISH | B | 1 | 2 | 3 | U |
| Electric | | Electric Wall | | CONCRETE | | | | | | MASONRY | | | | | | UNFINISHED | | | | | |
| Forced Air Unit | | Hot Water | | WOOD | | | | | | WD STUD | | | | | | FINISH OPEN | | | | | |
| Hot Water, Rad | | Space/ Wall Furnace | | TILE A Q V T | | | | | | MTL STUD | | | | | | FINISH DIV | | | | | |
| Steam | | Warm & Cld Air | | CARPET | | | | | | CEILINGS | B | 1 | 2 | 3 | U | PANEL | | | | | |
| Ventilation | | Heat Pump | | ASPHALT | | | | | | ACCUT/PANEL | | | | | | PLASTER / DW | | | | | |
| Package Unit | | Ind TW Heat Pump | | GRAVEL | | | | | | PLASTER/DW | | | | | | BLOCK | | | | | |
| Hot & Cld Water | | Evaporated Cool | | DIRT | | | | | | SUSP/OPEN | | | | | | GLAZED TILE | | | | | |
| Floor Furnace | | Co-Ray-Vac | | STANDARD | | | | | | STANDARD | | | | | | STANDARD | | | | | |
| Complete HVAC | | No Heat | | PLUMBING | | | | | | | LIGHTING | | | | | | | | | | |
| Refrig. Cooling | | Standard | | NO PLUMBING | | | | EXTRA FIXTURES | | FLUORESCENT | | | METAL HALIDE | | | |
| | | | | 2 FIXTURE BATH | | | | STANDARD | | SODIUM VAP | | | STANDARD | | | |
| YARD ITEMS | | | | 3 FIXTURE BATH | | | | | | MERCURY VAP | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 670.999:^S 1.0 | | | 40 X 97 | 1 | 3,880 | | | | A | N | .00 | 0 | 0 | 0 | 0 | 0 |
| 15 | 670.999:1s BR | | | 21 X 59 | 1 | 1,239 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 16 | 670.999:^S 1.0 | | | 57 X 22 | 1 | 1,254 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 17 | 670.999:3s BR | | | 57 X 22 | 1 | 1,254 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 18 | 670.999:3s BR | | | 40 X 97 | 1 | 3,880 | | | | | | .00 | 0 | 0 | 0 | 0 | 0 |
| 19 | 650.000:SCHOOL | C | | | 2 | 14,694 | | 1966 | 2019A | A | A | 64.00 | 1,880,830 | 10(SPE) | 0 | 0 | 1,692,750 |
| 20 | 650.000:SCHOOL | | | | 2 | 10,933 | | 1966 | 2019A | A | A | 64.00 | 1,399,420 | 10(SPE) | 0 | 0 | 1,259,480 |

AMENITY TOTAL 0

TOTAL IMPR 11,028,080

COMMENTS

08-01519-000　　　　　　　　　　　Printed: 12/29/2021 13:21　　　　　　　　　　　E.J. Conn, Jefferson

Business Name:  
Property Address: 4000 SUNSET BV ,   DTE Code: 670

3 of 3

*08-01519-000*

STEUBEN CORP - FORT STEUBEN T  
INDIAN CREEK LSD  
08280000100

## LEGAL INFORMATION

2-6-12 35-A 8-B LAND          Acres:74.9490  
74.949A MAP-08-28-01  
SPLIT  
**JEFFERSON COMM COLLEGE**  
JEFFERSON COMM COLLEGE  
4000 SUNSET BOULEVARD  
STEUBENVILLE, OH 43952  

| Internal Use Only | 00106 |
|---|---|
| Map: | |
| Block: | |
| Card: | |
| Bk:629 | Pg:766 |

COMMENT

### Sales Data

| Date | Amount | Deed:Conv# | | Use | Valid | Lister: | DS | 05/28/18 |
|---|---|---|---|---|---|---|---|---|
| 08/02/1995 | 0 | : 826 | | 670 | ☐ | Pricer: | TR | 06/26/18 |
| | 0 | 0: : 0 | | | ☐ | Reviewer: | | |
| | | | | | ☐ | Final: | | |
| | | | | | ☐ | Call Back: | | |
| | | | | | ☐ | Visit: | | |

### VALUATION SUMMARY

| | | | |
|---|---|---|---|
| VALUE YEAR | | | |
| REASON FOR CHANGE | | | |
| ESTIMATED MARKET VALUE | LAND | | |
| | IMPR | | |
| | TOTAL | | |
| ASSESSED VALUE | LAND | | |
| | IMPR | | |
| | TOTAL | | |

| STREET/ROAD | TOPOGRAPHY | PU-UTILITIES-PR | ZONING |
|---|---|---|---|
| ■ PAVED | ☐ LEVEL | ■ WATER ☐ | ☐ AG-RES |
| ☐ GRAVEL | ☐ HIGH | ☐ SEWER ☐ | ☐ COMMERCIAL |
| ☐ DIRT | ☐ LOW | ■ GAS ☐ | ☐ INDUSTRIAL |
| ☐ SIDEWALKS | ■ ROLLING | ☐ ELECTRIC ☐ | |
| ☐ CURBS | ☐ STANDARD | ☐ STANDARD | |

| INFLUENCE FACTORS | | |
|---|---|---|
| A. TOPGRHY | F. VACANCY | J. EX FRONT |
| B. ACCESS | G. RESTRICT | R. REVAL |
| D. LOCATION | H. OTHER | |
| E. SZ/SHAPE | I. Partial Interest | |

| LAND TYPE | SIZE | M | RATE | C | INF | M | VALUE | C |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Totals: | Total Acres 74.9490 | | | | | 1,638,730 | 0 | 1,638,730 |

Appraisal Research Corporation  
BF692(03189)

**COM/IND/UTL/EXP**  
Printed: 12/29/2021 13:21 By: prc1

E.J. Conn, Jefferson

| | | | EX WALL | B | ROOFING | B | WINDOW | B | DOORS | B | FOUNDATION | B | FRAMING | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | STONE | ☐ | GABLE/HIP | ☐ | STORE FRT | ☐ | OVERHEAD | ☐ | SLAB | ☐ | PRE ENG | ☐ |
| CLASS/QUALITY RANK | | | BRICK | ☐ | SHED/FLAT | ☐ | CASEMENT | ☐ | | | CRAWL | ☐ | STEEL | ☐ |
| A) FP STRUCT. STEEL FRAME | 1. BASIC | | CON BLK | ☐ | CON DECK | ☐ | DBLH | ☐ | | | PILE/COL | ☐ | REINF CONC | ☐ |
| B) R.C. FRAME | 2. FAIR | | WD/MTL | ☐ | MTL DECK | ☐ | SLIDE BY | ☐ | | | REINFOR | ☐ | CB/MASON | ☐ |
| C) MASONRY BEARING WALLS | 3. AVE | | ENAM STL | ☐ | WD DECK | ☐ | CANOPY | B | | | STEEL | ☐ | FRAME | ☐ |
| D) WD OR STEEL FR EX. WALLS | 4. GOOD | | ALUM/VYL | ☐ | METAL | ☐ | LIGHTED | ☐ | STEEL INS | ☐ | BRICK | ☐ | POLE | ☐ |
| S) METAL M) MILL P) POLE | 5. EXCEL | | CON PANEL | ☐ | ASPH | ☐ | SOFFITS | ☐ | WOOD | ☐ | STONE | ☐ | TILT UP | ☐ |
| TOTAL AREA | PERIMETER | 0 | PLATE GLS | ☐ | RUBBER | ☐ | C S W | ☐ | MTL | ☐ | CON BLK | ☐ | SANDWICH | ☐ |
| # STORIES | STORY HT | | STUCCO | ☐ | BUILT UP | ☐ | FACADE | B | GLASS | ☐ | FRAME | ☐ | STANDARD | ☐ |
| AGE | SPRINKLER | | INSULATED | ☐ | INSULATED | ☐ | | | STANDARD | ☐ | STANDARD | ☐ | | |
| H.V.A.C. | | | FLOORS | B 1 2 3 U | | | PARTITIONS | B 1 2 3 U | | | INTERIOR FINISH | B 1 2 3 U | | |
| Electric | Electric Wall | | CONCRETE | ☐☐☐☐☐ | | | MASONRY | ☐☐☐☐☐ | | | UNFINISHED | ☐☐☐☐☐ | | |
| Forced Air Unit | Hot Water | | WOOD | ☐☐☐☐☐ | | | WD STUD | ☐☐☐☐☐ | | | FINISH OPEN | ☐☐☐☐☐ | | |
| Hot Water, Rad | Space/ Wall Furnace | | TILE A Q V T | ☐☐☐☐☐ | | | MTL STUD | ☐☐☐☐☐ | | | FINISH DIV | ☐☐☐☐☐ | | |
| Steam | Warm & Cld Air | | CARPET | ☐☐☐☐☐ | | | CEILINGS | B 1 2 3 U | | | PANEL | ☐☐☐☐☐ | | |
| Ventilation | Heat Pump | | ASPHALT | ☐☐☐☐☐ | | | ACCUT/PANEL | ☐☐☐☐☐ | | | PLASTER / DW | ☐☐☐☐☐ | | |
| Package Unit | Ind TW Heat Pump | | GRAVEL | ☐☐☐☐☐ | | | PLASTER/DW | ☐☐☐☐☐ | | | BLOCK | ☐☐☐☐☐ | | |
| Hot & Cld Water | Evaporated Cool | | DIRT | ☐☐☐☐☐ | | | SUSP/OPEN | ☐☐☐☐☐ | | | GLAZED TILE | ☐☐☐☐☐ | | |
| Floor Furnace | Co-Ray-Vac | | STANDARD | ☐ | | | STANDARD | ☐ | | | STANDARD | ☐ | | |
| Complete HVAC | No Heat | | PLUMBING | B | | | LIGHTING | B | | | | B | | |
| Refrig. Cooling | Standard | | NO PLUMBING | ☐ | | | EXTRA FIXTURES | | FLUORESCENT | ☐ | METAL HALIDE | ☐ | | |
| | | | 2 FIXTURE BATH | | | | STANDARD | ☐ | SODIUM VAP | ☐ | STANDARD | ☐ | | |
| YARD ITEMS | | | 3 FIXTURE BATH | | | | | | MERCURY VAP | ☐ | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| | ITEM | CONST | HT | SIZE X SIZE | FL | AREA | UNITS | AGE | REM | CND | GRD | $/UNIT | UNADJUSTED $ | PHY | FC | EC | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 670.999:670.999 TEMP | A | | | 3 | 1,334 | | A | N | N | | .00 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

| | |
|---|---|
| AMENITY TOTAL | 0 |
| TOTAL IMPR | 11,028,080 |

**COMMENTS**

08-01519-000  Printed: 12/29/2021 13:21  E.J. Conn, Jefferson